UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
**Axis Crane LLC** ) Case No. **19-61549-pcm7**
)
) REPORT OF LIQUIDATOR
)
Debtor(s) )

    I, ___**Larry Oxman of Asset Managment**___, the undersigned liquidator, having sold property of the estate on **11/27/19** do report that attached to this report are (1) lists of all estate property sold; (2) the amounts received for such property; (3) the name(s) and address(es) of the buyer(s) of each item or lot, if practicable, or cash register tapes or other appropriate documentation; and (4) an explanation and sample of any advertising efforts.

    My authorized commission is calculated as follows:

| GENERAL PROPERTY DESCRIPTION | GROSS SALE PRICE OF ALL PROPERTY | COMMISSION % APPLICABLE | COMMISSION(S) |
|---|---|---|---|
| 1. **2017 Ram 3500 S#0511** | $ 33,200.00 | 15 | $ 4,980.00 |
| 2. **2017 Toyota Tundra S#1737** | $ 15,375.00 | 15 | $ 2,306.25 |
| 3. **2017 Toyota Rav 4 S#1351** | $ 18,000.00 | 15 | $ 2,700.00 |
| 4. **2017 Toyota Tundra Limited S#8421** | $ 31,000.00 | 15 | $ 4,650.00 |
| 5. **2017 Toyota Tundra S#4095** | $ 23,020.00 | 15 | $ 3,453.00 |
| 6. **2017 Toyota Tundra S#1010** | $ 17,220.00 | 15 | $ 2,583.00 |
| 7. **2017 Toyota Tundra S#1234** | $ 24,100.00 | 15 | $ 3,615.00 |
| TOTALS: | $ 161,915.00 | | $ 24,287.25 |

    Attached hereto are appropriate receipts or explanations of my expense requests. My authorized expenses are calculated as follows:

| DESCRIPTION | $ AMOUNT |
|---|---|
| **See Exhibit "A"** | **3,982.46** |
| | |
| TOTAL: | $ 3,982.46 |

    I CERTIFY THAT all my commissions which total $___**24,287.25**___, and all my expenses which total $___**3,982.46**___, are within the terms set forth in the application and order for my appointment.

    I FURTHER CERTIFY THAT in the above case I had no persons bidding on my behalf, directly or indirectly, for the purchase of items liquidated; no arrangement with the trustee apart from the terms of my employment; and no arrangement with the trustee or his attorney other than selling the items liquidated for the highest available bid prices, except for any items upon which the trustee may have placed a reserve minimum price with respect to any item or items offered for sale.

DATE: ___**12/01/19**___

___**Larry Oxman for Asset Management**___
Liquidator

753.57 (1/11/93)

  

3230

**ⓤnitus** | invested in you®

COMMUNITY CREDIT UNION
PORTLAND, OREGON

00-0002056124

5-709/110

## OFFICIAL CHECK

| DATE |
|---|
| 11/22/19 |

$48,575.00

***FORTY EIGHT THOUSAND FIVE HUNDRED SEVENTY FIVE DOLLARS AND 00 CENTS*****

PAY
TO THE
ORDER
OF

JEANNE E HUFFMAN, TRUSTEE

RE: 2017 TUNDRA
2017 DODGE 3500

PAYABLE THROUGH
THE BANK OF NEW YORK MELLON
EVERETT, MA

⑈"000 2056 ⅠⅠ24"⑈ ⑈:0 ⅠⅠ00 709 2⑈: 0 Ⅰ400 ⅠⅠ ⅠⅠ44 38 2"⑈

AXIS

WALT D. 503-781-5157

**ASSET MANAGEMENT SPECIALISTS, INC.**
P.O. BOX 42491
PORTLAND, OREGON 97242
Ph (503) 233-7226
Fax (971) 279-4363

| CUSTOMER'S ORDER NO. | PHONE | | | DATE 11/22/19 |
|---|---|---|---|---|

NAME *RALLY AUTO SALES / MART*
ADDRESS *9106 SE 82ND AVE. HAPPY VALLEY, OR*

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT 97086 |
|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 2017 RAM 3500 CREW CAB, 4WD, 6.7L DIESEL, AUTO., DUALLY CAB & CHASSIS (NO BED) VIN - 3C63RRJL6HG770511 MILEAGE 67,010 | | $33,200.00 |
| | PD cashier Check #00-0002056124 PAYABLE TO: JEANNE E. HUFFMAN BANKRUPTCY TRUSTEE PD full | | |
| | SOLD "AS IS, NO WARRANTY" | TAX | |

SOLD BY / RECEIVED BY — TOTAL Ø

7921
All claims and returned goods MUST be accompanied by this bill.
**Thank You!**
PRODUCT 2530 C

---

AXIS

WALT D. 503-781-5157

**ASSET MANAGEMENT SPECIALISTS, INC.**
P.O. BOX 42491
PORTLAND, OREGON 97242
Ph (503) 233-7226
Fax (971) 279-4363

| CUSTOMER'S ORDER NO. | PHONE | | | DATE 11/22/19 |
|---|---|---|---|---|

NAME *RALLY AUTO SALES / MART*
ADDRESS *9106 SE 82ND AVE. HAPPY VALLEY, OR*

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT 97086 |
|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 2017 TOYOTA TUNDRA DOUBLE CAB, 4WD, 4.6L, AUTO VIN - 5TFUM5F10HX071737 MILEAGE 85,080 (NEEDS TRANSMISSION) | | $15,375.00 |
| | PD cashier Check #00-0002056124 PAYABLE TO: JEANNE E. HUFFMAN BANKRUPTCY TRUSTEE PD full | | |
| | SOLD "AS IS, NO WARRANTY" | TAX | |

SOLD BY / RECEIVED BY — TOTAL Ø

7922
All claims and returned goods MUST be accompanied by this bill.
**Thank You!**
PRODUCT 2530 C

VOID WITHOUT CHAIN LINK WATERMARK

VOID IF ALTERED OR ERASED

VOID VOID VOID

735-410 (5-08)

1282 019 10 V1 T1 03 S8 M3 P5 EO MO 24

846KDZ   3CG3RRJL6HG77051I   1726449402   C

# OREGON VEHICLE TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THAT THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

| CONTROL NUMBER | PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER |
|---|---|---|---|---|---|
| 5909065 | 846KDZ | 1726449402 | 092117 | N/N | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT NO. |
|---|---|---|---|---|---|
| 2017 | RAM | PK | 350 | 3CG3RRJL6HG77051I | |

OWNER/LESSEE

| ODOMETER DATE | ODOMETER READING | ODOMETER MESSAGE |
|---|---|---|
| 07/31/17 | 23 | |

AXIS CRANE LLC
2500 INDUSTRIAL AVE
PO BOX 325
WILSONVILLE OR  97070

HUBB

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above AND all security interest holders have released interest, one registered owner must sign and date here, or if not completing a separate application for title.

In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

X _____
SIGNATURE (DOES NOT RELEASE INTEREST)    DATE

**To release interest in the vehicle, complete the reassignment on back of the title.**

SECURITY INTEREST HOLDER/LESSOR

X _____
SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST    DATE

X _____
SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST    DATE

SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.

## THIS TITLE IS THE OWNERSHIP DOCUMENT FOR YOUR VEHICLE. KEEP IT IN A SAFE PLACE.
## DO NOT KEEP IT IN YOUR VEHICLE.

### APPLICATION INSTRUCTIONS

A separate application must be completed by the new owner(s) when there is a transfer of ownership (except releasing a lien). Applications are available by calling (503) 945-5000, or in the Portland area call (503) 299-9999, at a DMV office and at: www.oregondmv.com. Mail your completed application, title and fee to: DMV, 1905 Lana Ave N Salem OR 97314. NOTE: If joint registered owners request survivorship, the title shows "Y" in the 1st position of the Survivor Box. If the joint security interest holders request survivorship, the title shows "Y" in the 2nd position. "N" means no survivorship was requested. Survivorship means there is joint ownership or joint tenancy on the vehicle.

Federal and state laws require that you (seller and buyer) state a vehicle's mileage when there is a transfer of ownership on vehicles 9 years old or newer. Failure to complete an odometer disclosure or providing a false statement may result fines, imprisonment or both. Under Oregon law, the offense of submitting a false odometer disclosure is a Class C felon (ORS 815.430). **Oregon law requires that an application for transfer of title be submitted to DMV within 30 days the date you buy a vehicle. Failure to do so within 30 days may result in a late title transfer fee of up to $50.**

### Seller Notice

ORS 803.112 requires a person who sells a vehicle covered by an Oregon title to notify DMV of the sale within 10 days the date of the sales transaction. This requirement is also known as seller notice. A seller notice must contain the vehic identification number, vehicle registration plate number, the full name of the seller, and the full name of the buyer.

Seller notice may be submitted to DMV in any one of the following forms and must be received by DMV within 10 days the sale of the vehicle:

- In writing, in the form of a Notice of Sale or Transfer of a Vehicle (DMV Form 6890), a completed seller notice on the back of a registration card; or
- Through DMV's website www.oregondmv.com or an official State of Oregon website that hosts or administers a DMV application or service.

### REASSIGNMENT

I certify the vehicle described has been transferred to the following (signature certifies to odometer disclosure and releases interest in vehicle

| DATE OF SALE OR TRANSFER | BUYER'S PRINTED NAME |
| --- | --- |
| | BUYER'S ADDRESS |

ODOMETER READING (NO TENTHS)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle UNLESS one of the following statements is checked:

☐ Stated mileage is in EXCESS of mechanical lim

☐ The odometer reading is NOT the actual mileag
WARNING - ODOMETER DISCREPANCY

All owners shown on the front of this title, who are releasing their interest, must sign:

| SELLER'S PRINTED NAME AXIS Crane LLC by order of The Court by carry Oxmar | SIGNATURE |
| --- | --- |
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S PRINTED NAME | SIGNATURE |

SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE)

I am aware of the above odometer disclosure made by the seller/agent.

| BUYER'S PRINTED NAME | SIGNATURE |
| --- | --- |

### LIEN

Security Interest Holder to be recorded and shown on new title:

SECURITY INTEREST HOLDER'S NAME

SECURITY INTEREST HOLDER'S ADDRESS

### Title Brand

A title brand does not necessarily indicate the extent to which a vehicle may have been damaged, whether a vehicle ha been repaired, to what degree a damaged vehicle has been repaired or if the vehicle has been inspected for safety.

A title brand issued outside Oregon indicates the jurisdiction that issued the brand (i.e., "LEMON CA," or "BRANDE WAS"). Please contact the jurisdiction of issue for information regarding the brand. A title brand issued in Oregon (e.g



# VEHICLE BILL OF SALE

**DEPARTMENT OF TRANSPORTATION**
DRIVER AND MOTOR VEHICLE SERVICES
1905 LANA AVE NE, SALEM OREGON 97314

| PLATE NUMBER | YEAR | MAKE | VEHICLE DESCRIPTION |
|---|---|---|---|
| 846KDZ | 2017 | RAM | |

I transfer all rights, title and interest in the above described vehicle to:

**NAME OF BUYER (PRINT LAST, FIRST, MIDDLE)**  VEHICLE IDENTIFICATION NUMBER  DATE OF PURCHASE
Relly Auto Sales / mart                         3C63RRJL6HG7705511

**BUYERS ADDRESS**
9106 SE 82nd Av Happy Valley, OR

**PRINTED NAME OF SELLER (BUSINESS NAME IF SELLER IS A BUSINESS)**
Lacry Oxman of Asset Management Specialists Inc, by order of the court

**SIGNATURE OF SELLER (AUTHORIZED REPRESENTATIVE OF BUSINESS)**
X AXIS Crane LLC by Larry Oxman

**PRINTED NAME OF SELLER**  DATE OF RELEASE

**SIGNATURE OF SELLER**
X

**SELLERS ADDRESS**  DATE OF RELEASE

---

● **SELLER** ●

You must provide notification to DMV of the sale within 10 days of the sale. (ORS 803.112)

● **BUYER** ●

If you do not apply for a title within 30 days from the date of purchase, you may be subject to a late title transfer fee.

735-501(7/06)

STK#300159

OREGON

## PASSENGER REGISTRATION

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | EXPIRATION DATE | FUEL TYPE | EQUIPMENT NO. |
|---|---|---|---|---|---|
| 893JXD | 1710119740 | 041117 | MAR 07, 21 | GASOLINE | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | WEIGHT/LENGTH |
|---|---|---|---|---|---|
| 2017 | TOYT | PU | TUN | 5TFUM5F10HX071737 | |

| TITLE BRANDS | | | |
|---|---|---|---|
| - NONE - | | | |

| | ODOMETER READING | ODOMETER DATE |
|---|---|---|
| | 237 | 03/07/17 |

ODOMETER MESSAGE

OWNER /
LESSEE

AXIS CRANE LLC
2500 INDUSTRIAL AVE          HUBE
PO BOX 325
WILSONVILLE OR   97070

COUNTY OF
RESIDENCE

MARION

COUNTY OF
USE

NEW
ADDRESS

*Axis*

*Walt D. 503-781-5157*

# ASSET MANAGEMENT SPECIALISTS, INC.

P.O. BOX 42491
PORTLAND, OREGON 97242
Ph (503) 233-7226
Fax (971) 279-4363

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE 11/22/19 |
|---|---|---|---|---|---|

NAME GAGE AUTO SALES
ADDRESS 13432 SE McLOUGHLIN MILWAUKIE

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT 97222 |
|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 2017 TOYOTA RAV 4 SUV / XLE, AWD, 2.5L, AUTO VIN - JTMRFREV9HJ701351 MILEAGE 35,873 | $18,000.00 | |
| | Received CHECK # 3202517407 PAYABLE TO: JEANNE E. HUFFMAN BANK-RUPTCY TRUSTEE PAID FULL $18,000 SOLD "AS IS, NO WARRANTY" JAN | | |

| SOLD BY | RECEIVED BY | TOTAL |
|---|---|---|

7919

All claims and returned goods
MUST be accompanied by this bill.

**Thank You!**

PRODUCT 2530                                                    C



# CASHIER'S CHECK

No. 3202517407

93-38
929

DATE: NOVEMBER 22, 2019

PAY    EIGHTEEN THOUSAND DOLLARS AND 00 CENTS

$    18,000.00

TO THE
ORDER OF:    JEANNE E HUFFMAN BANKRUPTCY TRUSTEE

PURPOSE/REMITTER: LAST SIX OF VIN: 701351

Location:  3202 Oak Grove

U.S. Bank National Association
Minneapolis, MN 55480

*Jessica Dwer*
AUTHORIZED SIGNATURE

⑂3202517407⑂ ⑂092900383⑂ 150080235305⑂

Security Features Included.    ⊞ Details on Back.

# OREGON VEHICLE CERTIFICATE OF TITLE

VOID IF ALTERED OR ERASED

CONTROL NUMBER **9533265**

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURV/JOINT | REFERENCE NUMBER |
|---|---|---|---|---|
| 052KAK | 1716320088 | 061217 | N/N | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT NO. |
|---|---|---|---|---|---|
| 2017 | TOYT | UT | RAV | JTMRFREV9HJ701351 | |

| ODOMETER READING | ODOMETER DATE |
|---|---|
| 22 | 05/05/17 |

ODOMETER MESSAGE

HUBB

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

OWNER/LESSEE

AXIS CRANE LLC
2500 INDUSTRIAL AVE
PO BOX 325
WILSONVILLE OR 97070

SECURITY INTEREST HOLDER/LESSOR

**USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST.** FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above **AND** all security interest holders have released interest, **one registered owner must sign and date here.** if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST)

X _____  DATE _____

**To release interest in the vehicle, complete the reassignment on back of the title.**

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST

X _____  DATE _____

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST

X _____  DATE _____

## SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (5-08)        052KAK     JTMRFREV9HJ701351     1716320088     C
0463  390  10  V1  T1  O3  S8  M1  P5  E0  M0  24  0

## APPLICATION INSTRUCTIONS

**A separate application must be completed by the new owner(s)** when there is a transfer of ownership (except for releasing a lien). Applications are available by calling (503) 945-5000, or in the Portland area call (503) 299-9999, at any DMV office and at: www.oregondmv.com. Mail your completed application, title and fee to: DMV, 1905 Lana Ave NE, **Salem OR 97314.** NOTE: If joint registered owners request survivorship, the title shows "Y" in the 1st position of the Survivor Box. If the joint security interest holders request survivorship, the title shows "Y" in the 2nd position. "N" means no survivorship was requested. Survivorship means there is joint ownership or joint tenancy on the vehicle.

Federal and state laws require that you (seller **and** buyer) state a vehicle's mileage when there is a transfer of ownership on vehicles 9 years old or newer. Failure to complete an odometer disclosure or providing a false statement may result in fines, imprisonment or both. Under Oregon law, the offense of submitting a false odometer disclosure is a Class C felony (ORS 815.430). **Oregon law requires that an application for transfer of title be submitted to DMV within 30 days of the date you buy a vehicle. Failure to do so within 30 days may result in a late title transfer fee of up to $50.**

## Seller Notice

ORS 803.112 requires a person who sells a vehicle covered by an Oregon title to notify DMV of the sale within 10 days of the date of the sales transaction. This requirement is also known as seller notice. A seller notice must contain the vehicle identification number, vehicle registration plate number, the full name of the seller, and the full name of the buyer.

Seller notice may be submitted to DMV in any one of the following forms and must be received by DMV within 10 days of the sale of the vehicle:

- In writing, in the form of a Notice of Sale or Transfer of a Vehicle (DMV Form 6890), a completed seller notice on the back of a registration card; or
- Through DMV's website www.oregondmv.com or an official State of Oregon website that hosts or administers a DMV application or service.

**REASSIGNMENT**

I certify the vehicle described has been transferred to the following (signature certifies to odometer disclosure and releases interest in vehicle):

| DATE OF SALE OR TRANSFER | BUYER'S PRINTED NAME |
|---|---|
| | BUYER'S ADDRESS |

| ODOMETER READING (NO TENTHS) | I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle **UNLESS** one of the following statements is checked: | ☐ Stated mileage is in EXCESS of mechanical limit ☐ The odometer reading is NOT the actual mileage **WARNING - ODOMETER DISCREPANCY** |
|---|---|---|

All owners shown on the front of this title, who are releasing their interest, must sign.

| SELLER'S PRINTED NAME  Axis Coare LLC by ORDar of the Court by Larry Oxman | SIGNATURE |
|---|---|
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE) | |

I am aware of the above odometer disclosure made by the seller/agent.

| BUYER'S PRINTED NAME | SIGNATURE |
|---|---|

**LIEN**

Security Interest Holder to be recorded and shown on new title:

SECURITY INTEREST HOLDER'S NAME

SECURITY INTEREST HOLDER'S ADDRESS

## Title Brand

A title brand does not necessarily indicate the extent to which a vehicle may have been damaged, whether a vehicle has been repaired, to what degree a damaged vehicle has been repaired or if the vehicle has been inspected for safety.

A title brand issued outside Oregon indicates the jurisdiction that issued the brand (i.e., "LEMON CA," or "BRANDED WA"). Please contact the jurisdiction of issuance for information regarding the brand. A title brand issued in Oregon (e.g.,



**VEHICLE BILL OF SALE**

DEPARTMENT OF TRANSPORTATION
DRIVER AND MOTOR VEHICLE SERVICES
1905 LANA AVE NE, SALEM OREGON 97314

## VEHICLE DESCRIPTION

| PLATE NUMBER | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 052 KAK | 2017 | Toyt | JTMRFREV9HJ701 35) |

I transfer all rights, title and interest in the above described vehicle to:

NAME OF BUYER (PRINT LAST, FIRST, MIDDLE)
Gage Auto Sales

| | DATE OF PURCHASE |
|---|---|

BUYER'S ADDRESS
13932 SE McLoughlin, Milwaukie, OR 97222

PRINTED NAME OF SELLER (BUSINESS NAME IF SELLER IS A BUSINESS)
Lauri Oxman of Asset Management Specialists Inc. by order of the Court

SIGNATURE OF SELLER (AUTHORIZED REPRESENTATIVE OF BUSINESS)
X Axis Crane LLC by _____

PRINTED NAME OF SELLER

| | DATE OF RELEASE |
|---|---|

SIGNATURE OF SELLER
X

SELLER'S ADDRESS

● **SELLER** ●

You must provide notification to DMV of the sale within 10 days of the sale. (ORS 803.112)

● **BUYER** ●

If you do not apply for a title within 30 days from the date of purchase, you may be subject to a late title transfer fee.

735-501 (7-06)

STK#300159

*HX·5*

*WALT D. 503-781-5157*

# ASSET MANAGEMENT SPECIALISTS, INC.

P.O. BOX 42491
PORTLAND, OREGON 97242
**Ph (503) 233-7226**
**Fax (971) 279-4363**

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE 11/22/19 | |
|---|---|---|---|---|---|---|
| NAME GAGE AUTO SALES | | | | | | |
| ADDRESS 13432 SE Mc LOUGHLIN MILWAUKIE | | | | | | |
| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT 97222 | |
| QTY | DESCRIPTION | | | | PRICE | AMOUNT |
| 1 | 2018 TOYOTA TUNDRA LIMITED DOUBLE CAB, 4WD, 5.7L, AUTO. VIN - 5TFBY5F14JX678421 MILEAGE 34,446 | | | | # | 31,000.00 |
| | PD Cashier Check #3202517408 PAYABLE TO: JEANNE E. HUFFMAN BANKRUPTCY TRUSTEE PD full (31,000⁺) | | | | | |
| | Sold "AS IS, NO WARRANTY | | | | TAX | |
| SOLD BY | RECEIVED BY | | | | TOTAL | Ø |

All claims and returned goods
MUST be accompanied by this bill.    **Thank You!**

**7920**

PRODUCT 2530                    C

 **usbank**

# CASHIER'S CHECK

No. 3202517408

93-38 / 929

DATE: NOVEMBER 22, 2019

PAY     THIRTY ONE THOUSAND DOLLARS AND 00 CENTS

$   31,000.00

TO THE
ORDER OF:   **JEANNE E HUFFMAN BANKRUPTCY TRUSTEE**

PURPOSE/REMITTER: LAST SIX OF VIN: 678421

Location:   3202 Oak Grove

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑈3202517408⑈ ⑆092900383⑆ 150080235305⑈

Details on Back. ⊟ Security Features Included.

OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER | CONTROL NUMBER |
|---|---|---|---|---|---|
| 162KJV | 1729876558 | 102517 | N/N | | 9974728 |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | |
|---|---|---|---|---|---|
| 2018 | TOYT | PK | TUN | 5TFBY5F14JX678421 | |

OWNER/LESSEE

AXIS CRANE LLC
2500 INDUSTRIAL AVE
PO BOX 325
WILSONVILLE OR 97070

HUBB

| ODOMETER MESSAGE | ODOMETER READING | ODOMETER DATE | EQUIPMENT NO. |
|---|---|---|---|
| | 10 | 09/19/17 | |

**TITLE BRANDS**

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above **AND** all security interest holders have released interest, **one registered owner must sign and date here.** If not completing a separate application for title, in addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST) | DATE

X

To release interest in the vehicle, complete the reassignment on back of the title.

SECURITY INTEREST HOLDER/LESSOR

X _____

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST | DATE

X _____

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST | DATE

SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.

735-410 (5-08)

162KJV   5TFBY5F14JX678421   1729876558
2865 070 10 V1 T1   O3 S8 M1 P5 E0 M0 24

## APPLICATION INSTRUCTIONS

**A separate application must be completed by the new owner(s)** when there is a transfer of ownership (except releasing a lien). Applications are available by calling (503) 945-5000, in the Portland area call (503) 299-9999, at a DMV office and at: www.oregondmv.com. Mail your completed application, title and fee to: **DMV, 1905 Lana Ave N Salem OR 97314.** NOTE: If joint registered owners request survivorship, the title shows "Y" in the 1st position of the Survivor Box. If the joint security interest holders request survivorship, the title shows "Y" in the 2nd position. "N" means no survivorship was requested. Survivorship means there is joint ownership or joint tenancy on the vehicle.

Federal and state laws require that you (seller **and** buyer) state a vehicle's mileage when there is a transfer of ownership on vehicles 9 years old or newer. Failure to complete an odometer disclosure or providing a false statement may result in fines, imprisonment or both. Under Oregon law, the offense of submitting a false odometer disclosure is a Class C felony (ORS 815.430). **Oregon law requires that an application for transfer of title be submitted to DMV within 30 days of the date you buy a vehicle. Failure to do so within 30 days may result in a late title transfer fee of up to $50.**

## Seller Notice

ORS 803.112 requires a person who sells a vehicle covered by an Oregon title to notify DMV of the sale within 10 days of the date of the sales transaction. This requirement is also known as seller notice. A seller notice must contain the vehicle identification number, vehicle registration plate number, the full name of the seller, and the full name of the buyer.

Seller notice may be submitted to DMV in any one of the following forms and must be received by DMV within 10 days of the sale of the vehicle:

- In writing, in the form of a Notice of Sale or Transfer of a Vehicle (DMV Form 6890), a completed seller notice on the back of a registration card; or
- Through DMV's website www.oregondmv.com or an official State of Oregon website that hosts or administers a DMV application or service.

---

**REASSIGNMENT**

I certify the vehicle described has been transferred to the following (signature certifies to odometer disclosure and releases interest in vehicle

| DATE OF SALE OR TRANSFER | BUYER'S PRINTED NAME |
| --- | --- |
| | BUYER'S ADDRESS |

| ODOMETER READING (NO TENTHS) | I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle UNLESS one of the following statements is checked: | ☐ Stated mileage is in EXCESS of mechanical limits |
| --- | --- | --- |
| | | ☐ The odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY |

All owners shown on the front of this title, who are releasing their interest, must sign.

| SELLER'S PRINTED NAME AXI5 Crane LLC by ORDPR of | SIGNATURE |
| --- | --- |
| The Count by S. Ox Kony Oxman | |
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE) | |

I am aware of the above odometer disclosure made by the seller/agent.

| BUYER'S PRINTED NAME | SIGNATURE |
| --- | --- |

---

**LIEN**

Security Interest Holder to be recorded and shown on new title:

SECURITY INTEREST HOLDER'S NAME

SECURITY INTEREST HOLDER'S ADDRESS

---

## Title Brand

A title brand does not necessarily indicate the extent to which a vehicle may have been damaged, whether a vehicle has been repaired, to what degree a damaged vehicle has been repaired or if the vehicle has been inspected for safety.

A title brand issued outside Oregon indicates the jurisdiction that issued the brand (i.e., "LEMON CA," or "BRANDED WA"). Please contact the jurisdiction of issuance for information regarding the brand. A title brand issued in Oregon (e.g.,

# VEHICLE BILL OF SALE

**DMV**
DEPARTMENT OF TRANSPORTATION
DRIVER AND MOTOR VEHICLE SERVICES
1905 LANA AVE NE, SALEM OREGON 97314

## VEHICLE DESCRIPTION

| PLATE NUMBER | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER | DATE OF PURCHASE |
|---|---|---|---|---|
| 162KSV | 2018 | TOYT | STFBY5F14JX678421 | |

I transfer all rights, title and interest in the above described vehicle to:

NAME OF BUYER (PRINT LAST, FIRST, MIDDLE)
GaGE Auto Sales

BUYER'S ADDRESS
13430 SE McLoughlin, Milwaukie OR 97222

PRINTED NAME OF SELLER (BUSINESS NAME IF SELLER IS A BUSINESS)
Larry Oxman of Asset Management Specialists Inc. by order of The Court

SIGNATURE OF SELLER (AUTHORIZED REPRESENTATIVE OF BUSINESS)
X Axis Corp LLC by [signature]

PRINTED NAME OF SELLER

DATE OF RELEASE

SIGNATURE OF SELLER
X

SELLER'S ADDRESS
X

DATE OF RELEASE

● **SELLER** ●
You must provide notification to DMV of the sale within 10 days of the sale. (ORS 803.112)

● **BUYER** ●
If you do not apply for a title within 30 days from the date of purchase, you may be subject to a late title transfer fee.

735-506 (7/06)

STK#300159



WALT D. 503-781-55
ASSET MANAGEMENT SPECIALISTS, INC
P.O. BOX 42491
PORTLAND, OREGON 97242
Ph (503) 233-7226
Fax (971) 279-4363

NAME: MAZI
ADDRESS: GLADSTONE MITSUBISHI
18500 SE MCLOUGHLIN BLVD.
MILWAUKIE 97026
DATE: 11/25/19

QTY. 1 — 2017 TOYOTA TUNDRA DOUBLE C.
4WD 4.6L V8, AUTO
VIN- 5TFUM5F11HX 074095
MILEAGE 31,130          $23,020.00

Cashiers Check #0662804510
payable to: JEANNIE E. HUFFMAN,
BANKRUPTCY TRUSTEE          $23,020.00

SOLD "AS IS, NO WARRANTY"

7923

All claims and returned goods
MUST be accompanied by this bill.

PRODUCT 2530

Thank Yo

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

| 0006628 | 11-24 |
| Office AU # | 1210(8) |

**CASHIER'S CHECK**                     0662804510

Remitter:  CRAINIC AUTO GROUP, INC.
Operator I.D.: u238216

November 25, 2019

PAY TO THE ORDER OF     ***JEANNE E HUFFMAN BANKRUPTCY TRUSTEE***

***Twenty-three thousand twenty dollars and no cents***          **$23,020.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
14500 SE MCLOUGHLIN BLVD
MILWAUKIE, OR 97267
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  23,020.00

AUTHORIZED SIGNATURE

⑈066280451⑈ ⑆121000248⑆:4861 51276 2⑈

Details on Back.   Security Features included.



## VEHICLE BILL OF SALE

**DEPARTMENT OF TRANSPORTATION**
**DRIVER AND MOTOR VEHICLE SERVICES**
**1905 LANA AVE NE, SALEM OREGON 97314**

| PLATE NUMBER | YEAR | | MAKE |
|---|---|---|---|
| 463K5V | 2017 | | Toyt |

I transfer all rights, title and interest in the above described vehicle to:

### VEHICLE DESCRIPTION

**VEHICLE IDENTIFICATION NUMBER**
5TFUM5F11HX074095

**NAME OF BUYER (PRINT LAST, FIRST, MIDDLE)**
Gladstone Mitsubishi

**DATE OF PURCHASE**

**BUYERS ADDRESS**
18500 SE McLoughlin Blvd Milwaukie, OR 97267

**PRINTED NAME OF SELLER (BUSINESS NAME IF SELLER IS A BUSINESS)**
Larry Oxman of Asset Management Specialists Inc.

**SIGNATURE OF SELLER (AUTHORIZED REPRESENTATIVE OF BUSINESS)**
X Asset Management Specialists Inc., by Order of The Court

**PRINTED NAME OF SELLER**
X Axis Crane LLC by

**DATE OF RELEASE**

**SIGNATURE OF SELLER**
X

**DATE OF RELEASE**

**SELLER'S ADDRESS**
X

735-501 (7-06)

---

● **SELLER** ●

You must provide notification to DMV of the sale within 10 days of the sale. (ORS 803.112)

● **BUYER** ●

If you do not apply for a title within 30 days from the date of purchase, you may be subject to a late title transfer fee.

STK# 300769

VOID WITHOUT CHAIN LINK WATERMARK

2866 070 10 V1 TL 03 58 MI P5 EO MO 24

163KJV    5TFUM5F11HX074095    17298765559    C

735-410 (5-08)

SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.

X _____
SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST        DATE

X _____
SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST        DATE

SECURITY INTEREST HOLDER/LESSOR

If there is no change in owners as shown above AND all security interest holders have released interest, one registered owner must **sign and date here.** If not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county on the front of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 9734.

**To release interest in the vehicle, complete the reassignment on back of the title.**

X _____
SIGNATURE (DOES NOT RELEASE INTEREST)        DATE

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

**TITLE BRANDS**

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

HUBR

- NONE -

AXIS CRANE LLC
2500 INDUSTRIAL AVE
PO BOX 325
WILSONVILLE OR  97070

OWNER/LESSEE

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT NO. |
|------|------|-------|-------|-------------------------------|---------------|
| 2017 | TOYT | PK | TUN | 5TFUM5F11HX074095 | |

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER |
|--------------|--------------|--------------|----------|------------------|
| 163KJV | 17298765559 | 102517 | N/N | |

| ODOMETER READING | ODOMETER DATE | ODOMETER MESSAGE |
|------------------|---------------|------------------|
| 17 | 09/19/17 | |

CONTROL NUMBER  9974729

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS ON FILE WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

VOID IF ALTERED OR ERASED

**THIS TITLE IS THE OWNERSHIP DOCUMENT FOR YOUR VEHICLE. KEEP IT IN A SAFE PLACE. DO NOT KEEP IT IN YOUR VEHICLE.**

## APPLICATION INSTRUCTIONS

**A separate application must be completed by the new owner(s) when there is a transfer of ownership** (except for releasing a lien). Applications are available by calling (503) 945-5000, or in the Portland area call (503) 299-9999, at any DMV office and at: www.oregondmv.com. Mail your completed application, title and fee to: **DMV, 1905 Lana Ave NE, Salem OR 97314.** NOTE: If joint registered owners request survivorship, the title shows "Y" in the 1st position of the Survivor Box. If the joint security interest holders request survivorship, the title shows "Y" in the 2nd position. "N" means no survivorship was requested. Survivorship means there is joint ownership or joint tenancy on the vehicle.

Federal and state laws require that you (seller **and** buyer) state a vehicle's mileage when there is a transfer of ownership on vehicles 9 years old or newer. Failure to complete an odometer disclosure or providing a false statement may result in fines, imprisonment or both. Under Oregon law, the offense of submitting a false odometer disclosure is a Class C felony (ORS 815.430). **Oregon law requires that an application for transfer of title be submitted to DMV within 30 days of the date you buy a vehicle. Failure to do so within 30 days may result in a late title transfer fee of up to $50.**

### Seller Notice

ORS 803.112 requires a person who sells a vehicle covered by an Oregon title to notify DMV of the sale within 10 days of the date of the sales transaction. This requirement is also known as seller notice. A seller notice must contain the vehicle identification number, vehicle registration plate number, the full name of the seller, and the full name of the buyer.

Seller notice may be submitted to DMV in any one of the following forms and must be received by DMV within 10 days of the sale of the vehicle:

- In writing, in the form of a Notice of Sale or Transfer of a Vehicle (DMV Form 6890), a completed seller notice on the back of a registration card; or
- Through DMV's website www.oregondmv.com or an official State of Oregon website that hosts or administers a DMV application or service.

**REASSIGNMENT**

I certify the vehicle described has been transferred to the following (signature certifies to odometer disclosure and releases interest in vehicle):

| DATE OF SALE OR TRANSFER | BUYER'S PRINTED NAME |
| --- | --- |
| | BUYER'S ADDRESS |

| ODOMETER READING (NO TENTHS) | I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle UNLESS one of the following statements is checked: | ☐ Stated mileage is in EXCESS of mechanical limit ☐ The odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY |
| --- | --- | --- |

All owners shown on the front of this title, who are releasing their interest, must sign.

| SELLER'S PRINTED NAME AXIS Cvune LLC by Diani OF The Cuct by Larry Oxnun | SIGNATURE |
| --- | --- |
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S PRINTED NAME | SIGNATURE |

SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE)

I am aware of the above odometer disclosure made by the seller/agent.

| BUYER'S PRINTED NAME | SIGNATURE |
| --- | --- |

**LIEN**

Security Interest Holder to be recorded and shown on new title:

SECURITY INTEREST HOLDER'S NAME

SECURITY INTEREST HOLDER'S ADDRESS

### Title Brand

A title brand does not necessarily indicate the extent to which a vehicle may have been damaged, whether a vehicle has been repaired, to what degree a damaged vehicle has been repaired or if the vehicle has been inspected for safety.

A title brand issued outside Oregon indicates the jurisdiction that issued the brand (i.e., "LEMON CA," or "BRANDED WA"). Please contact the jurisdiction of issuance for information regarding the brand. A title brand issued in Oregon (e.g.,

*Axis*

**ASSET MANAGEMENT SPECIALISTS, INC.**

*Walt D. 503-781-5157*

P.O. BOX 42491
PORTLAND, OREGON 97242
Ph (503) 233-7226
Fax (971) 279-4363

| CUSTOMER'S ORDER NO. | | | | | DATE | 11/25/19 |
|---|---|---|---|---|---|---|

MAZI

NAME: GLADSTONE MITSUBISHI

ADDRESS: 18100 SE MCLOUGHLIN BLVD.

MILWAUKIE 97267

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 2017 TOYOTA TUNDRA DOUBLE CAB. | | |
| | 4WD, 4.6L V8, AUTO | | |
| | VIN-5TFUM5F17HX071010 | | |
| | MILEAGE 105,210 | $17,220.00 | |
| | 0 Cashier check # 0662804511 | | |
| | payable to: JEANNE E. HUFFMAN | | |
| | BANKRUPTCY TRUSTEE | $17,220.00 | |
| | SOLD "AS IS, NO WARRANTY" | | |
| | TOTAL | | |

RECEIVED BY _____

**7924**

All claims and returned goods
MUST be accompanied by this bill.

PRODUCT 2530

**Thank You!**

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

| 0006628 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**CASHIER'S CHECK**

0662804511

Remitter: **CRAINIC AUTO GROUP, INC.**
Operator I.D.: u238216

**November 25, 2019**

PAY TO THE ORDER OF    ***JEANNE E HUFFMAN BANKRUPTCY TRUSTEE***

***Seventeen thousand two hundred twenty dollars and no cents***    **\*\*$17,220.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
14500 SE MCLOUGHLIN BLVD
MILWAUKIE, OR 97267
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 17,220.00

_____
AUTHORIZED SIGNATURE

Security Features Included. [] Details on Back.

⑈066 2804511⑈ ⑆121000 248⑆:4861 51276 2⑈

# VEHICLE BILL OF SALE

**DMV**
DEPARTMENT OF TRANSPORTATION
DRIVER AND MOTOR VEHICLE SERVICES
1905 LANA AVE NE, SALEM OREGON 97314

## VEHICLE DESCRIPTION

| PLATE NUMBER | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 037 GAK | 2017 | Toy T | 5TFUM5F17HX271010 |

I transfer all rights, title and interest in the above described vehicle to:

**NAME OF BUYER (PRINT LAST, FIRST, MIDDLE)**

**BUYERS ADDRESS** | DATE OF PURCHASE

**PRINTED NAME OF SELLER (BUSINESS NAME IF SELLER IS A BUSINESS)**
Levi Oxman of Asset Management Specialists Inc.

**SIGNATURE OF SELLER (AUTHORIZED REPRESENTATIVE OF BUSINESS)**
X by order of the court

**PRINTED NAME OF SELLER** | DATE OF RELEASE
X Axis crane LLC by

**SIGNATURE OF SELLER**
X

**SELLERS ADDRESS** | DATE OF RELEASE

---

● **SELLER** ●

You must provide notification to DMV of the sale within 10 days of the sale. (ORS 803.112)

● **BUYER** ●

If you do not apply for a title within 30 days from the date of purchase, you may be subject to a late title transfer fee.

735-501 (7-06)

STK# 300159

VOID IF ALTERED OR ERASED

# OREGON CERTIFICATE OF TITLE FOR A VEHICLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE AND MOTOR VEHICLE DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER** 9533264

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER | | |
|---|---|---|---|---|---|---|
| 037KAK | 1716320084 | 061217 | N/N | | | |
| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | | EQUIPMENT NO. |
| 2017 | TOYT | PU | TUN | 5TFUM5F17HX071010 | | |

OWNER/LESSEE

AXIS CRANE LLC
2500 INDUSTRIAL AVE
PO BOX 325
WILSONVILLE OR 97070

| ODOMETER READING | ODOMETER DATE |
|---|---|
| 40 | 05/05/17 |

ODOMETER MESSAGE

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

HUBB          - NONE -

---

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown **above AND all** security interest holders have released interest, **one registered owner must sign and date here,** if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST)        DATE

X

**To release interest in the vehicle, complete the reassignment on back of the title.**

SECURITY INTEREST HOLDER/LESSOR

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST        DATE

X

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST        DATE

X

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID WITHOUT CHAINLINK WATERMARK

735-410 (5-08)

0462 390 10 V1 T1 037KAK 5TFUM5F17HX071010 1716320084 C
O3 S8 M1 F5 E0 M0 24 0

## THIS TITLE IS THE OWNERSHIP DOCUMENT FOR YOUR VEHICLE. KEEP IT IN A SAFE PLACE.
### DO NOT KEEP IT IN YOUR VEHICLE.

### APPLICATION INSTRUCTIONS

**A separate application must be completed by the new owner(s) when there is a transfer of ownership (except f
releasing a lien).** Applications are available by calling (503) 945-5000, or in the Portland area call (503) 299-9999, at an
DMV office and at: www.oregondmv.com. Mail your completed application, title and fee to: **DMV, 1905 Lana Ave NI
Salem OR 97314.** NOTE: If joint registered owners request survivorship, the title shows "Y" in the 1st position of th
Survivor Box. If the joint security interest holders request survivorship, the title shows "Y" in the 2nd position. "N" mear
no survivorship was requested. Survivorship means there is joint ownership or joint tenancy on the vehicle.

Federal and state laws require that you (seller **and** buyer) state a vehicle's mileage when there is a transfer of ownersh
on vehicles 9 years old or newer. Failure to complete an odometer disclosure or providing a false statement may result
fines, imprisonment or both. Under Oregon law, the offense of submitting a false odometer disclosure is a Class C felor
(ORS 815.430). **Oregon law requires that an application for transfer of title be submitted to DMV within 30 days of
the date you buy a vehicle. Failure to do so within 30 days may result in a late title transfer fee of up to $50.**

### Seller Notice

ORS 803.112 requires a person who sells a vehicle covered by an Oregon title to notify DMV of the sale within 10 days
the date of the sales transaction. This requirement is also known as seller notice. A seller notice must contain the vehicl
identification number, vehicle registration plate number, the full name of the seller, and the full name of the buyer.

Seller notice may be submitted to DMV in any one of the following forms and must be received by DMV within 10 days
the sale of the vehicle:
- In writing, in the form of a Notice of Sale or Transfer of a Vehicle (DMV Form 6890), a completed seller notice on
  the back of a registration card; or
- Through DMV's website www.oregondmv.com or an official State of Oregon website that hosts or administers a
  DMV application or service.

**REASSIGNMENT**

I certify the vehicle described has been transferred to the following (signature certifies to odometer disclosure and releases interest in vehicle)

| DATE OF SALE OR TRANSFER | BUYER'S PRINTED NAME |
| --- | --- |
| | BUYER'S ADDRESS |

| ODOMETER READING (NO TENTHS) | I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle **UNLESS** one of the following statements is checked: | ☐ Stated mileage is in **EXCESS** of mechanical limi ☐ The odometer reading is **NOT** the actual mileage **WARNING - ODOMETER DISCREPANCY** |
| --- | --- | --- |

All owners shown on the front of this title, who are releasing their interest, must sign.

| SELLER'S PRINTED NAME AYIS Cune LLC by ORDER OF the COURT by Larry Oxman | SIGNATURE |
| --- | --- |
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S PRINTED NAME | SIGNATURE |

SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE)

I am aware of the above odometer disclosure made by the seller/agent.

| BUYER'S PRINTED NAME | SIGNATURE |
| --- | --- |

**LIEN**

Security Interest Holder to be recorded and shown on new title:

SECURITY INTEREST HOLDER'S NAME

SECURITY INTEREST HOLDER'S ADDRESS

### Title Brand

A title brand does not necessarily indicate the extent to which a vehicle may have been damaged, whether a vehicle ha
been repaired, to what degree a damaged vehicle has been repaired or if the vehicle has been inspected for safety.

A title brand issued outside Oregon indicates the jurisdiction that issued the brand (i.e., "LEMON CA," or "BRANDEC
WA). Please contact the jurisdiction of issuance for information regarding the brand. A title brand issued in Oregon (e.g.

Case 19-61549-pcm7   Doc 95   Filed 12/19/19

**US bank**

CASHIER'S CHECK

No. 318453037

PAY TWENTY FOUR THOUSAND ONE HUNDRED DOLLARS AND 00 CENTS

TO THE ORDER OF: JEANNE E HUFFMAN BANKRUPTCY TRUSTEE

PURPOSE/REMITTER:

Location: 3184 Gresham

U.S. Bank National Association
Minneapolis, MN 55480

DATE: NOVEMBER 26, 2019

$ 24,100.00

93-38
929

AUTHORIZED SIGNATURE

---

Hx15

WALT 503-781-5157

**ASSET MANAGEMENT SPECIALISTS, INC.**
P.O. BOX 42491
PORTLAND, OREGON 97242
Ph (503) 233-7226
Fax (971) 279-4363

| CUSTOMER'S ORDER NO. | PHONE | | DATE 11/27/19 |
|---|---|---|---|
| MEL C. | | | |

NAME  WESTON BUICK GMC.
ADDRESS  22555 SE STARK GRESHAM OR 97030

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 2017 TOYOTA TUNDRA DOUBLE CAB. 4WD, 4.L V8, AUTO VIN- 5TFUM5F17HX071234 MILEAGE 48,790 | | $24,100.00 |
| | paid by Cashiers check # 3184530837 payable to JEANNE E. HUFFMAN BANKRUPTCY TRUSTEE paid full | | (24,100.00 |
| | SOLD "AS IS" No WARRANTY | TAX | |
| | SOLD BY        RECEIVED BY Melo Classes | TOTAL | 0 |

7925

All claims and returned goods MUST be accompanied by this bill.

PRODUCT 2530

Thank You!

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

CONTROL NUMBER **9321572**

| YEAR | MAKE | TITLE NUMBER | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | SURVIVOR | REFERENCE NUMBER |
|------|------|-------------|-------|-------|-------------------------------|----------|------------------|
| 2017 | TOYT | 1710119719 | PU | TUN | 5TFUM5F17HX071234 | N/N | |

PLATE NUMBER **720JXD**

PROCESS DATE **041117**

EQUIPMENT NO

**OWNER/LESSEE**

AXIS CRANE LLC
2500 INDUSTRIAL AVE
PO BOX 325
WILSONVILLE OR 97070

ODOMETER READING **241**
ODOMETER DATE **03/07/17**
ODOMETER MESSAGE

HUBB

- NONE -

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above AND all security interest holders have released interest, **one registered owner must sign and date here.** If not completing a separate application for title.

In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail this also the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST) / DATE

X

To release interest in the vehicle, complete the reassignment on back of the title.

SECURITY INTEREST HOLDER/LESSOR

X SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST

X SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST / DATE

X SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST / DATE

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

735-410 (5-08)

0465 390 10 V1 T1 O3 S8 M1 P5 E0 M0 24 0

720JXD 5TFUM5F17HX071234 1710119719 C

Case 19-61549-pcm7 Doc 95 Filed 12/19/19



# VEHICLE BILL OF SALE

**DMV**
DEPARTMENT OF TRANSPORTATION
DRIVER AND MOTOR VEHICLE SERVICES
1905 LANA AVE NE, SALEM OREGON 97314

| PLATE NUMBER | YEAR | MAKE | VEHICLE DESCRIPTION |
|---|---|---|---|
| 730 JXO | 2017 | GMC | |

**VEHICLE IDENTIFICATION NUMBER**
5TFUM5F17AX071234

I transfer all rights, title and interest in the above described vehicle to:

NAME OF BUYER (PRINT LAST, FIRST, MIDDLE)
Weston Buick GMC

BUYERS ADDRESS
2355 SE Stark, Gresham, OR 97030

| | DATE OF PURCHASE |
|---|---|

PRINTED NAME OF SELLER (BUSINESS NAME IF SELLER IS A BUSINESS)
Lori Oxman of Asset Management Specialists Inc. by order of the court

SIGNATURE OF SELLER (AUTHORIZED REPRESENTATIVE OF BUSINESS)
X Asset Mngmt LLC by _____

PRINTED NAME OF SELLER

| | DATE OF RELEASE |
|---|---|

SIGNATURE OF SELLER
X

| | DATE OF RELEASE |
|---|---|

SELLERS ADDRESS

735-501 (7-05)

● **SELLER** ●
You must provide notification to DMV of the sale within 10 days of the sale. (ORS 803.112)

● **BUYER** ●
If you do not apply for a title within 30 days from the date of purchase, you may be subject to a late title transfer fee.

STK#300159

## THIS TITLE IS THE OWNERSHIP DOCUMENT FOR YOUR VEHICLE. KEEP IT IN A SAFE PLACE.
## DO NOT KEEP IT IN YOUR VEHICLE.

### APPLICATION INSTRUCTIONS

**A separate application must be completed by the new owner(s) when there is a transfer of ownership (except for releasing a lien).** Applications are available by calling (503) 945-5000, or in the Portland area call (503) 299-9999, at any DMV office and at: www.oregondmv.com. Mail your completed application, title and fee to: **DMV, 1905 Lana Ave NE, Salem OR 97314.** NOTE: If joint registered owners request survivorship, the title shows "Y" in the 1st position of the Survivor Box. If the joint security interest holders request survivorship, the title shows "Y" in the 2nd position. "N" means no survivorship was requested. Survivorship means there is joint ownership or joint tenancy on the vehicle.

Federal and state laws require that you (seller and buyer) state a vehicle's mileage when there is a transfer of ownership on vehicles 9 years old or newer. Failure to complete an odometer disclosure or providing a false statement may result in fines, imprisonment or both. Under Oregon law, the offense of submitting a false odometer disclosure is a Class C felony (ORS 815.430). **Oregon law requires that an application for transfer of title be submitted to DMV within 30 days of the date you buy a vehicle. Failure to do so within 30 days may result in a late title transfer fee of up to $50.**

### Seller Notice

ORS 803.112 requires a person who sells a vehicle covered by an Oregon title to notify DMV of the sale within 10 days of the date of the sales transaction. This requirement is also known as seller notice. A seller notice must contain the vehicle identification number, vehicle registration plate number, the full name of the seller, and the full name of the buyer.

Seller notice may be submitted to DMV in any one of the following forms and must be received by DMV within 10 days of the sale of the vehicle:

- In writing, in the form of a Notice of Sale or Transfer of a Vehicle (DMV Form 6890), a completed seller notice on the back of a registration card; or
- Through DMV's website www.oregondmv.com or an official State of Oregon website that hosts or administers a DMV application or service.

---

**REASSIGNMENT**

I certify the vehicle described has been transferred to the following (signature certifies to odometer disclosure and releases interest in vehicle):

| DATE OF SALE OR TRANSFER | BUYER'S PRINTED NAME |
| --- | --- |
| | BUYER'S ADDRESS |

ODOMETER READING (NO TENTHS)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle **UNLESS** one of the following statements is checked:

- ☐ Stated mileage is in **EXCESS** of mechanical limits
- ☐ The odometer reading is **NOT** the actual mileage **WARNING - ODOMETER DISCREPANCY**

All owners shown on the front of this title, who are releasing their interest, must sign.

| SELLER'S PRINTED NAME | SIGNATURE |
| --- | --- |
| AXIS EQUIP LLC ON ORDER OF The Court by Larry Oxman | *[signature]* |
| SELLER'S PRINTED NAME | SIGNATURE |
| SELLER'S PRINTED NAME | SIGNATURE |

SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE)

I am aware of the above odometer disclosure made by the seller/agent.

| BUYER'S PRINTED NAME | SIGNATURE |
| --- | --- |

---

**LIEN**

Security Interest Holder to be recorded and shown on new title:

SECURITY INTEREST HOLDER'S NAME

SECURITY INTEREST HOLDER'S ADDRESS

---

### Title Brand

A title brand does not necessarily indicate the extent to which a vehicle may have been damaged, whether a vehicle has been repaired, to what degree a damaged vehicle has been repaired or if the vehicle has been inspected for safety.

A title brand issued outside Oregon indicates the jurisdiction that issued the brand (i.e., "LEMON CA," or "BRANDED WA"). Please contact the jurisdiction of issuance for information regarding the brand. A title brand issued in Oregon (e.g.,

Axis Exhibit "A"

| Date | Company | Amouint |
|------|---------|---------|
| 09/06/2019 | Alicia Colvin (Driver) | $ 45.00 |
| 09/24/2019 | American Auto Shipping | $ 275.00 |
| 09/27/2019 | Fred Meyer Fuel Center | $ 20.00 |
| 10/01/2019 | T & S Automotive and Exhaust | $ 746.08 |
| 10/01/2019 | Zems Express LLC | $ 1,300.00 |
| 10/08/2019 | T & S Automotive and Exhaust | $ 222.72 |
| 10/14/2019 | T & S Automotive and Exhaust | $ 48.25 |
| 10/30/2019 | MS Glass Outlet | $ 175.00 |
| 11/05/2019 | Superior Shine Auto Detailing | $ 160.00 |
| 11/07/2019 | Superior Shine Auto Detailing | $ 145.00 |
| 11/07/2019 | Superior Shine Auto Detailing | $ 135.00 |
| 11/07/2019 | Superior Shine Auto Detailing | $ 135.00 |
| 11/08/2019 | T & S Automotive and Exhaust | $ 112.79 |
| 11/08/2019 | T & S Automotive and Exhaust | $ 129.00 |
| 11/11/2019 | Superior Shine Auto Detailing | $ 135.00 |
| 11/11/2019 | Superior Shine Auto Detailing | $ 135.00 |
| 11/19/2019 | Capital Press | $ 63.62 |
| | **Total Expenses** | $ 3,982.46 |

# Alicia Colvin

# INVOICE

503.453.9151

| INVOICE # | DATE |
|-----------|------|
| 962019 | 09/06/2019 |

**BILL TO**

Larry Oxman
Asset Management

oxman@hevanet.com

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| Hubbard | | | |
| Transport: 9/6 | 3 | 15.00 | 45.00 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| paid cash 9/6 | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 45.00 |
| | | - |
| TOTAL | $ | 45.00 |

**Subject:** Fwd: Your Order Has Been Dispatched
**From:** Alicia Colvin <a.m.c41275@gmail.com>
**Date:** 09/23/2019, 1:42 PM
**To:** oxman@hevanet.com

---------- Forwarded message ---------
From: **Aerin** <aerin@americanautoshipping.com>
Date: Mon, Sep 23, 2019, 1:40 PM
Subject: Your Order Has Been Dispatched
To: <a.m.c41275@gmail.com>

# ORDER DISPATCH NOTIFICATION



**Order #11374800**

Hi Alicia,

Alicia,

We are happy to inform you that your shipment from TX to OR has been assigned to a truck and we have processed your card for the down payment amount of **$275.00**. The remaining balance of **$1300** will be due to the carrier on delivery in collected funds in the form of cashiers check (made out to the carrier name), money order or cash. Please see the information below regarding your shipment and we will call you shortly to confirm and answer any questions you may have.

09/23/2019, 4:04 PM

24Sep          ↙        american auto s 360-791-5512 or              -$275.00
                        usa
                        Debit Card

Date                                          Amount of this Debit Card
**Tuesday, September 24, 2019**               $275.00

How this will appear on your statement
AMERICAN AUTO S 360-791-5512 OR USA

**Help & Feedback**   ∧

Case 19-61549-pcm7    Doc 95    Filed 12/19/19

```
DUPLICATE MAY NOT BE VALID FOR REFUND
FRED.MEYER
FRED.MEYER.FUEL.#240
.....Milwaukie
.......OR.97222-1417
.....503-652-4100
............................................
REWARDS.CUSTOMER..........*******5826
PUMP#.13
.7.095..gal.@.2.819./gal.1001
VL......UNL..............PC...20.00
UNL
.........INA............................
...****.BALANCE..............20.00
........CASH................20.00
........CHANGE...............0.00
TOTAL.NUMBER.OF.ITEMS.SOLD.=....1
..............................................
Total.Savings.(1.Percent)...$...0.21
09/27/19.12:54PM.240.100.195.994
START.LOYALTY.MESSAGES
***********************************************
Total.Rewards.Points:..227
..............................................
***********************************************
............September.Fuel
.Total.Sept.Fuel.Points:..13
***********************************************
..............................................
....or.Contact.us.at.1-866-518-2686
.....Monday~Friday.5AM.to.9PM.PST
***********************************************
STOP.LOYALTY.MESSAGES
..SAVE.THIS.RECEIPT.FOR.REFUNDS
.........OR.ADJUSTMENTS
...THANK.YOU.FOR.CHOOSING.FREDDY'S!
..........www.fredmeyer.com
START.LOYALTY.MESSAGES
STOP.LOYALTY.MESSAGES
DUPLICATE MAY NOT BE VALID FOR REFUND
```

**T&S Automotive and Exhaust**
17627 SE McLoughlin Blvd
Milwaukie, OR. 97267
Phone: 503-652-2200  Fax: 503-794-9875

**INVOICE**

**39739**

Org. Est. # 042003

# INVOiCE

Work Completed : 10/04/2019    Date: 10/09/2019

**AMS - WALT DREYER**
18020 SE ADDIE RD
Portland, OR  97267
Home  503-781-5157

2017 Toyota - Tundra SR5 - 4.6L, V8 (281CI) VIN(M)
Lic # : 893JXD                         Odometer In : 85085

VIN # : 5TFUM5F10 **HX071737**

| Part Description | Qty | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| FRONT BRAKE PAD SET | 1.00 | 66.94 | 66.94 | Brake Shoes &/or Pads - Remove and Replace | 210.00 |
| REAR BRAKE ~~ROTOR~~ Pad Set | 1.00 | 54.12 | 54.12 | All;Includes: Clean, lube and/or replace Brake Hardware as | |
| FRONT BRAKE ROTOR | 2.00 | 100.92 | 201.84 | necessary. Adjust Brakes (where applicable).Includes: Repack | |
| REAR BRAKE ROTOR | 2.00 | 73.15 | 146.30 | Wheel Bearings (where applicable).DOES NOT include refinishing.; | |
| OIL FILTER | 1.00 | 5.00 | 5.00 | SR; SR5 | |
| ENGINE OIL UP TO 5QTS | 6.00 | 3.99 | 23.94 | Lube, oil, and filter | 9.24 |
| Shop Supplies | | | 28.70 | Lubricate and check chassis. Change oil and oil filter. Check air | |
| | | | | filter and breather filter. Check all fluid levels and tire pressures. | |
| | | | | Preform basic safety inspection. Road test vehicle. | |

# 746.08
pd c/c

| | |
|---|---|
| Org. Estimate 4,981.88   Revisions   802.69   Current Estimate   5,784.57 | **Labor:** 219.24 |
| Revision # 1, Previous Estimate Amount: 4981.88, Additional Cost: 802.69, Revised Estimate: 5784.57, Parts: $561.82 Labor: $210.00 Sublet: $0.30 | **Parts:** 526.84 |
| Taxes & Fees $30.87 Authorized by - DREYER, WALT, Date - 10/4/2019, Time - 12:56 PM, Initiated By - Shop | |

| | |
|---|---|
| **SubTotal:** | 746.08 |
| **Tax:** | 0.00 |
| **Total:** | 746.08 |
| **Bal Due:** | $0.00 |

[ Payments - Visa - $746.08 ]

Vehicle Received: 10/1/2019

Customer Number : 29692

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles which-ever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature _____    Date _____

# KeyBank

6335 SW Capitol Hwy
Portland, OR 97239
Tel: 1-800-KEY2YOU

10/01/2019    09:30 AM    CC #0003437
Teller: CONKLKA    Seq #00014/00015

Withdrawal-Checking/Money Market
  Acct # ***** 4519    $    1,300.00

Purchase-Official Bank Check
  Check # 028862781    $    1,300.00

Paid To Client    $    0.00

The transaction for which this receipt is issued is
subject to the rules, regulations and practices of
KeyCorp in force at the time of this transaction.
Retain this receipt until verified with your statement
of account.

Thank You for Choosing KeyBank

Visit key.com/rewards for Details on
KeyBank Relationship Rewards

**Subject:** Fwd: Your Order Has Been Dispatched
**From:** Alicia Colvin <a.m.c41275@gmail.com>
**Date:** 09/23/2019, 1:42 PM
**To:** oxman@hevanet.com

---------- Forwarded message ---------
From: **Aerin** <aerin@americanautoshipping.com>
Date: Mon, Sep 23, 2019, 1:40 PM
Subject: Your Order Has Been Dispatched
To: <a.m.c41275@gmail.com>

# ORDER DISPATCH NOTIFICATION



**Order #11374800**

Hi Alicia,

Alicia,

We are happy to inform you that your shipment from TX to OR has been
assigned to a truck and we have processed your card for the down
payment amount of **$275.00**. The remaining balance of **$1300** will be due to
the carrier on delivery in collected funds in the form of cashiers check (made
out to the carrier name), money order or cash. Please see the information
below regarding your shipment and we will call you shortly to confirm and
answer any questions you may have.

Case 19-61549-pcm7    Doc 95    Filed 12/19/19

Carrier Name: ZEMS EXPRESS LLC / ZEMS EXPRESS LLC

Driver Name: Vagir

Driver Phone #: (253) 334-6468

Estimated Pickup Date: 09/26/2019

Estimated Delivery Date: 09/30/2019

*48 789 miles* (handwritten)

Please feel free to call us with any questions!

Best Regards,



Aerin Davis
Transport Specialist



**Office:** 800.577.3617
**Email.** aerin@americanautoshipping.com
**Address:** 3283 E Warm Springs Rd. STE 100 Las Vegas, NV 89120

**Copyright © 2018 - American Auto Shipping**

If you'd like to unsubscribe and stop receiving these emails click here .

*mcLaughlin* (handwritten)

*Key
1 4888  SE mcLaughlin

walmart
15600  SE mcLaughlin* (handwritten)

09/23/2019, 4:04 PM

Case 19-61549-pcm7    Doc 95    Filed 12/19/19

**T&S Automotive and Exhaust**
17627 SE McLoughlin Blvd
Milwaukie, OR. 97267
Phone: 503-652-2200  Fax: 503-794-9875

**INVOICE**

**39759**

Org. Est. # 042023

# INVOICE

Date: 10/15/2019

**AMS - WALT DREYER**
18020 SE ADDIE RD
Portland, OR  97267
Home  503-781-5157

2017 Toyota - Tundra SR - 4.6L, V8 (281CI) VIN(M)
Lic # : 037KAK                          Odometer In : 105226

VIN # : 5TFUM5F17 **HX071010**

| Part Description | Qty | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| BRAKE LAMP SWITCH | 1.00 | 60.90 | 60.90 | CHECK BRAKE SYSTEM WONT COME OUT OF PARK. | 105.00 |
| OIL FILTER | 1.00 | 7.49 | 7.49 | SCAN ECM TO FIND P0571 BRAKE SWITCH MALFUNCTION | |
| ENGINE OIL UP TO 5QTS | 7.90 | 3.99 | 31.52 | Lube, oil, and filter | 9.24 |
| Shop Supplies | | | 8.57 | Lubricate and check chassis.  Change oil and oil filter.  Check air filter and breather filter.  Check all fluid levels and tire pressures.  Preform basic safety inspection.  Road test vehicle. | |

*pd c/c $ 222.72*

| | |
|---|---|
| Org. Estimate  110.00   Revisions  0.00   Current Estimate  110.00 | Labor: 114.24 |
| | Parts: 108.48 |
| | SubTotal: 222.72 |
| | Tax: 0.00 |
| | Total: 222.72 |
| | Bal Due: $0.00 |

[ Payments - Visa - $222.72 ]
Vehicle Received: 10/8/2019                                        Customer Number : 29692

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature _____   Date _____

Visit us on the web :      www.tsautomotiveandexhaust.com                    Our Email Address:  TS.AUTO.EXHAUST@GMAIL.COM

Service Advisor:  DEWHITT, STEPHEN;   Tech:  DEWHITT, BEN; DEWHITT, STEP          Page 1 of 1          Copyright (c) 2019 Mitchell Repair Information Company, LLC  Irvhrs 9.15.17d

## T&S Automotive and Exhaust
17627 SE McLoughlin Blvd
Milwaukie, OR. 97267
Phone: 503-652-2200  Fax: 503-794-9875

# INVOICE

Date: 10/15/2019

**AMS - WALT DREYER**
18020 SE ADDIE RD
Portland, OR  97267
Home  503-781-5157

2017 Toyota - Tundra SR5 - 4.6L, V8 (281CI) VIN(M)
Lic # : 163KJV                              Odometer In : 31129

VIN # : 5TFUM5F11 **HX074095**

| Part Description | Qty | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| OIL FILTER | 1.00 | 7.49 | 7.49 | Lube, oil, and filter | 9.24 |
| ENGINE OIL UP TO 5QTS | 7.90 | 3.99 | 31.52 | Lubricate and check chassis. Change oil and oil filter. Check air filter and breather filter. Check all fluid levels and tire pressures. Preform basic safety inspection. Road test vehicle. | |

*R c/c*
*# 48.25*

| | | |
|---|---|---|
| Org. Estimate  34.99 | Revisions  0.00 | Current Estimate  34.99 |

| | |
|---|---|
| **Labor:** | 9.24 |
| **Parts:** | 39.01 |
| **SubTotal:** | 48.25 |
| **Tax:** | 0.00 |
| **Total:** | 48.25 |
| **Bal Due:** | $0.00 |

[ Payments - Visa - $48.25 ]
Vehicle Received: 10/14/2019

Customer Number : 29692

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature _____          Date _____



**M S Glass Outlet**
INCORPORATED

AUTO
COMMERCIAL
RESIDENTIAL

| Beaverton | (503) 520-0606 | SeaTac | (253) 638-0000 |
| Hillsboro | (503) 844-9116 | Bellevue | (425) 450-0666 |
| Oregon City | (503) 650-5888 | Vancouver | (360) 254-4556 |
| Salem | (503) 399-9624 | Nationwide | (888) 227-0555 |

INVOICE # **72162**

C

DATE: 10.30.19

o Send Payment to:
CORPORATE OFFICE
11495 SW Canyon Rd
Beaverton, OR 97005
(503) 227-6666
FAX (503) 641-0707
TIN# 93-1263950

NAME **AMS - Walt**

STREET ADDRESS

CITY            STATE            ZIP

TELEPHONE NO. 503-741-5157 ✓

YEAR 2017  MAKE Toy  MODEL Tundra

VIN# **VIN - X074095**

MILEAGE **31,135 mi.**

HOW DID YOU HEAR ABOUT US?

DIRECTIONS: (CROSS STREET)

$175.00

☐ INSURANCE   ☐ CASH   ☐ C/C   ☐ ON ACCOUNT

AGENT BROKER                    DATE OF LOSS

PHONE (    )

POLICY NO.              CLAIM PO #        VERIFIED BY

INSURANCE CO.

INSTALLER  SHOP

MILWAUKIE
13123 SE McLoughlin Blvd
Milwaukie, OR 97222
(503) 650-5888
FAX (503) 786-5998

SALEM
2490 State St.
Salem, OR 97301
(503) 399-9624
FAX (503) 581-4319

SEATTLE
155 NW 85th St.
Seattle, Wa 98117
(206) 444-5555
FAX (206) 297-6023

VANCOUVER
8204 E. Millplain
Vancouver, WA 98664
(360) 254-4556
FAX (360) 750-7447

| QTY | SIZE/PART NO | DESCRIPTION | COLOR | LABOR | NET MATERIAL |
|-----|-------------|-------------|-------|-------|--------------|
| 1 |  | Windshield |  |  | 175- |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

MS is authorized to perform the above work with terms and conditions on reverse side.

SIGNATURE _Walt_ DATE 10.30.19

The above work has been done to my complete satisfaction.

SIGNATURE _____ DATE 10.30.19

I authorize MY INSURANCE COMPANY to make payment to MS on their invoice to follow, full amount due me under the terms of my policy covering said loss. I understand that if for any reason my insurance company does not pay this claim I will be responsible for payment of same.

SIGNATURE

| | |
|---|---|
| TOTAL MATERIAL | |
| LABOR | |
| SALES TAX | |
| TOTAL DUE | |
| DEDUCTIBLE | |
| Non-refundable DEPOSIT | |
| BALANCE DUE | 175- |

# SUPERIOR SHINE

*Axis* Auto Detailing

4281 SE Roethe Rd Milwaukie, Or. 97267  503.519.9199

## INVOICE 25466

**S**

Paid In/o

11/05/19

| Customer Name | A- MS | | | |
|---|---|---|---|---|
| Street Address | | | | |
| City | | State | Zip | |
| Day phone | | Eve Phone | | |
| Contat Name | | | | |

| Make and Model | Toyota Rav4 | Year | 2017 |
|---|---|---|---|
| Vin# | 7013 51 | Color | White |

| Qty | Description | | Item | Amount |
|---|---|---|---|---|
| | ☐ | Detail | | |
| | ☒ | Complete | | 160 |
| | ☐ | Fluff | | |
| | ☐ | Wash & Vac | | |
| | ☐ | Fuel added | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Sub-Total:

TOTAL: 160

Payments are due at time of invoicing. Late payments penalty fee of 1.5% per month will be added on all invoices that are not paid within 30 days.

*Thank you.*

# SUPERIOR SHINE

Axis

## Auto Detailing

4281 SE Roethe Rd Milwaukie, Or. 97267  503.519.9199

S

### INVOICE 25483

| Customer Name | A MS | | |
|---|---|---|---|
| Street Address | | | |
| City | | State | Zip |
| Day phone | | Eve Phone | |
| Contat Name | | | |

| Make and Model | Dodge Ram 3500 | Year | 2017 |
|---|---|---|---|
| Vin# | 770511 | Color | Black |

| Qty | Description | Item | Amount |
|---|---|---|---|
| | ☐ Detail | | |
| | ☒ Complete | | 145 |
| | ☐ Fluff | | |
| | ☐ Wash & Vac | | |
| | ☐ Fuel added | | |
| | | | |
| | | | |
| | | | |
| | | | |

Sub-Total:

TOTAL: 145

Payments are due at time of invoicing. Late payments penalty fee of 1.5% per month will be added on all invoices that are not paid within 30 days.

*Thank you.*

# SUPERIOR SHINE

*Axis* Auto Detailing

4281 SE Roethe Rd Milwaukie,Or. 97267  503.519.9199

**S**

## INVOICE 25462

| Customer Name | A. M. S | | |
|---|---|---|---|
| Street Address | | | |
| City | | State | Zip |
| Day phone | Eve Phone | | |
| Contat Name | | | |

| Make and Model | Toyota tundra | Year | 2017 |
|---|---|---|---|
| Vin# | 071010 | Color | white |

237 KAK w/ Tool Box

| Qty | Description | Item | Amount |
|---|---|---|---|
| | ☐ Detail | | |
| | ☒ Complete | | 135 |
| | ☐ Fluff | | |
| | ☐ Wash & Vac | | |
| | ☐ Fuel added | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  | Sub-Total: | |
|---|---|---|
| | TOTAL: | 138 |

*Thank you.*

Payments are due at time of invoicing.  Late payments penalty fee of 1.5% per month will be added on all invoices that are not paid within 30 days.

# SUPERIOR SHINE

*Axis* Auto Detailing

4281 SE Roethe Rd Milwaukie,Or. 97267  503.519.9199

**S**

## INVOICE 25472

| Customer Name | A Ms | | |
|---|---|---|---|
| Street Address | | | |
| City | | State | Zip |
| Day phone | | Eve Phone | |
| Contat Name | | | |

| Make and Model | Toyota tundra | Year | 2017 |
|---|---|---|---|
| Vin# | 071737 | Color | white |

| QTY | Description | | Item | Amount |
|---|---|---|---|---|
| | ☐ | Detail | | |
| | ☒ | Complete | | 135 |
| | ☐ | Fluff | | |
| | ☐ | Wash & Vac | | |
| | ☐ | Fuel added | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Sub-Total:

TOTAL: 135

Payments are due at time of invoicing. Late payments penalty fee of 1.5% per month will be added on all invoices that are not paid within 30 days.

*Thank you.*

**T&S Automotive and Exhaust**
17627 SE McLoughlin Blvd
Milwaukie, OR. 97267
Phone: 503-652-2200   Fax: 503-794-9875

**INVOICE**

**39857**

Org. Est. # 042127

# INVOICE

Date: 11/08/2019

**AMS - WALT DREYER**
18020 SE ADDIE RD
Portland, OR   97267
Home 503-781-5157

2017 RAM - 3500 HD Laramie - 6.7L, In-Line6 (408CI) VIN(L)
Lic # : 846KDZ

Odometer In : ~~65010~~

67.011

VIN # : 3C63RRJL6 HG770511

| Part Description | Qty | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| OIL FILTER | 1.00 | 14.59 | 14.59 | Lube, oil, and filter | 9.24 |
| ENGINE OIL UP TO 5QTS 15W40 GAL | 4.00 | 20.99 | 83.96 | Lubricate and check chassis.  Change oil and oil filter.  Check air filter and breather filter.  Check all fluid levels and tire pressures.  Preform basic safety inspection.  Road test vehicle. | |
| Shop Supplies | | | 5.00 | | |

$ 112.79

| Org. Estimate 112.79 | Revisions 0.00 | Current Estimate 112.79 |
|---|---|---|

| | |
|---|---|
| Labor: | 9.24 |
| Parts: | 103.55 |
| SubTotal: | 112.79 |
| Tax: | 0.00 |
| Total: | 112.79 |
| Bal Due: | $0.00 |

[ Payments - Visa - $112.79 ]
Vehicle Received: 11/8/2019

Customer Number : 29692

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature _____   Date _____

Visit us on the web:       www.tsautomotiveandexhaust.com

Our Email Address:  **TS.AUTO.EXHAUST@GMAIL.COM**

Service Advisor : DEWHITT, STEPHEN,   Tech : DEWHITT, BEN; DEWHITT, STEP       Page 1 of 1       © Copyright (c) 2019 Mitchell Repair Information Company, LLC   invhrs 9.15.17d

**T&S Automotive and Exhaust**
17627 SE McLoughlin Blvd
Milwaukie, OR. 97267
Phone: 503-652-2200   Fax: 503-794-9875

# INVOICE

**AMS - WALT DREYER**
18020 SE ADDIE RD
Portland, OR   97267
Home  503-781-5157

Date: 11/11/2019

2017 Toyota - Tundra SR5 - 5.6L, V8 (281CI) VIN(M)
Lic # : 893JXD
Odometer In : 85090
VIN # : 5TFUM5F10HX071737

| Part Description | Qty | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| 88863813 C600 R113 (7)/Battery | 1.00 | 129.00 | 129.00 | | |

$ 129.00

| | | |
|---|---|---|
| Org. Estimate  134.16 | Revisions  0.00 | Current Estimate  134.16 |

| | |
|---|---|
| Labor: | 0.00 |
| Parts: | 129.00 |
| SubTotal: | 129.00 |
| Tax: | 0.00 |
| Total: | 129.00 |
| Bal Due: | $0.00 |

[ Payments - Visa - $129.00 ]
Vehicle Received: 11/8/2019

Customer Number : 29692

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature _____   Date _____

Visit us on the web :      www.tsautomotiveandexhaust.com          Our Email Address:  TS.AUTO.EXHAUST@GMAIL.COM

Service Advisor:  DEWHITT, STEPHEN.    Tech : DEWHITT, BEN          Copyright 2019 Mitchell Repair Information Company, LLC  invhrs 9.15.17d

Case 19-61549-pcm11   Doc 95   Filed 12/19/19          Page 1 of 1

Alfredo  M 11-11-19  881409

Superior Shine

☐ ESTIMATE (VALID FOR 30 DAYS)

| DATE | | ☐ SERVICE  ☐ WILL CALL  ☐ INSTALL  ☐ DELIVER | PHONE | 2017 |
|---|---|---|---|---|
| NAME | Axis / | | MAKE | Toyota |
| ADDRESS | A.MS | | MODEL | tundra |
| | | | SERIAL | 071234 |
| ITEM TO BE SERVICED | | NATURE OF SERVICE REQUEST | | |

| QTY. | PART # | DESCRIPTION OF PARTS OR MATERIALS | PRICE | AMOUNT |
|---|---|---|---|---|
| | | Axis / | | |
| | | COMPLETE DETAIL | 135 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 135 | |

| LABOR PERFORMED | TOTAL MATERIALS | |
|---|---|---|
| | TAX | |
| | TOTAL LABOR | |
| | TOTAL AMOUNT ▷ | |

| DATE WANTED | DEPOSIT | RECEIVED BY |
|---|---|---|

ESTIMATES ARE FOR LABOR ONLY, MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS
OR DAMAGE CAUSED BY FIRE, THEFT, TESTING, OR ANY OTHER CAUSES BEYOND OUR CONTROL.

**Repair Order**
**DUPLICATE**

AUTHORIZED BY:

Adams 5084                    09-11

**TERMS - NET CASH**
**NO GOODS HELD OVER 30 DAYS**

881417

Superior Shine

□ ESTIMATE (VALID FOR 30 DAYS)

| DATE | | PHONE | |
| NAME | Axis / Ams | MAKE | 2017 Toyota |
| ADDRESS | | MODEL | Tundra |
| | | SERIAL | 074095 |

□ SERVICE □ INSTALL □ WILL CALL □ DELIVER

**ITEM TO BE SERVICED** — NATURE OF SERVICE REQUEST: 2017

| QTY | PART # | DESCRIPTION OF PARTS OR MATERIALS | PRICE | AMOUNT |
|---|---|---|---|---|
| | | COMPLETE DETAIL | 135 | |
| | | | | |
| | | | TOTAL MATERIALS | |
| | | | TAX | |
| | | | TOTAL LABOR | 135 |
| | | | TOTAL AMOUNT | |

LABOR PERFORMED

| DATE WANTED | DEPOSIT | RECEIVED BY |

AUTHORIZED BY:

ESTIMATES ARE FOR LABOR ONLY, MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE CAUSED BY FIRE, THEFT, TESTING, OR ANY OTHER CAUSES BEYOND OUR CONTROL.

**TERMS - NET CASH**
**NO GOODS HELD OVER 30 DAYS**

Repair Order
ORIGINAL



Page: 1

| INVOICE DATE | ADVERTISER/CLIENT NAME |
|---|---|
| 11/19/2019 | ASSET MANAGEMENT SPECIALISTS |

The West's **Ag** Weekly
A publication of EO Media Group
P.O. Box 2048, Salem, OR 97308 • 800-882-6789

### ADVERTISING
**INVOICE and STATEMENT**

Account Number: 17115
Invoice Number: 62317

ASSET MANAGEMENT SPECIALISTS
PO BOX 42491
PORTLAND, OR  97242

| TOTAL AMOUNT DUE | AMOUNT PAID |
|---|---|
| $63.62 | |

**RETURN THIS PORTION WITH REMITTANCE**

| Ad# | Text | Start | Stop | Ins. | Amount | Prepaid | Due |
|---|---|---|---|---|---|---|---|
| 153860 | Bankruptcy Court 11/15/19 | 11/15/19 | 11/15/19 | 1 | 63.62 | $0.00 | 63.62 |



The West's **Ag** Weekly
P.O. Box 2048, Salem, OR 97308 • 800-882-6789

| INVOICE DATE | ADVERTISER/CLIENT NAME |
|---|---|
| 11/19/2019 | ASSET MANAGEMENT SPECIALISTS |

| INVOICE NO# | ADVERTISER ACCOUNT NAME | ACCOUNT NUMBER |
|---|---|---|
| 62317 | ASSET MANAGEMENT SPECIALISTS | 17115 |

IN THE CIRCUIT COURT OF THE
STATE OF OREGON FOR MARION
COUNTY

} AFFIDAVIT OF PUBLICATION

STATE OF OREGON
County of Marion } ss

I, _Kevin Blodgett_ being duly
sworn, depose and say that I am the
principal clerk of the publisher of the
Capital Press, capitalpress.com, a
newspaper of general circulation,
as defined by ORS 193.010 and
193.020; that the

**Bankruptcy Court 11/15/19**

a printed copy of which is hereto
annexed; was published in the
entire issue of said newspaper for 1
successive and consecutive issues in
the following issues:
**11/15/2019**

Subscribed and sworn to before me
on this **19th day of November, A.D.
2019**



By Order of the Bankruptcy
Court - For sale by bid basis
2017 Toyota Rav4 VIN: JTMR-FREV9HJ701351 $21,900 OBO; 2017 Toyota Tundra VIN: 5TFUM5F17HX071010 $21,900 OBO; 2017 Toyota Tundra VIN: 5TFUM5F11HX074095 $28,200 OBO; 2018 Toyota Tundra VIN: 5FTBY-5F14JX678421 $37,500 OBO; 2017 Toyota Tundra VIN: 5TFUM5F17HX071234 $26,800 OBO; 2017 Toyota Tundra VIN: 5TFUM5F10HX071737 $15,400 OBO; 2017 Ram 3500 VIN: 3C63RRJL-6HG770511 $41,300 OBO
Contact Walt Dreyer at 503-781-5157 or Larry at Asset Management Specialists, Inc. 503-233-7226.

_K— D. Blodgett_
_11-19-19_

Notary Public of Oregon

OFFICIAL STAMP
ASHLEY LARAI LILJA
NOTARY PUBLIC-OREGON
COMMISSION NO.953878
MY COMMISSION EXPIRES AUGUST 29, 2020

# BID SHEET

Asset Management Specialists, Inc. / WAL
10010 SE Addie Street
Milwaukie, OR 97222
1-503-131-8155

*WALT D.*
503-781-5157

Bidder's Name:
City:
Company: *Rally Auto Mart*
Address: *9144 SE 82nd Ave Portland OR 97086*
Phone: *503-781-4848*
Date: *11-19-19*

Description of
Item: *2017 RAM 3500 LARAMIE CREW CAB,*
*4WD, 6.7L TURBO DIESEL, 6 SPEED AUTO.,*
*DUAL REAR WHEELS. CAB & CHASSIS - NO BED*
*VIN - 3C63RRJL6HG770511*
*ODO MILEAGE 67,010*

Amount of Bid: *$ 33,200*

*32K LAMDE 46000*
*No Bed*
*(4000K)*
*$44,188*
*Needs Tires 6*
*looked up MRP $1050 00*
*LEATHER*
*RETAIL X 8-FT BED*
*$4,000 w/ upgrade*

# BID SHEET

Asset Management Specialists, Inc.

10020 SE Arista Street

Milwaukie, OR 97222

LRALT D

503-781-5157

Bidders Name:

Or

Company: Rally Auto Mart

Address: 9106 SE 82nd Ave Portland OR 97086

Phone: 503 781-4848

Date: 11-19-19

Description of

Items: 2017 Toyota Tundra Double Cab,
4WD, 4.6L V8 Gas, Auto, 6'½' Bed
VIN - 5TFUM5F10HX071737
ODO Mileage 85,080

$ 15,375

*(handwritten margin notes, left side):*
Todd Falcon 1024
Open Range
All Terrain 33 1680
31 x 12,550 R18?
20/600 DK
BK 31,800
Trans Slip
Aft 5000 -
Add Tires

# BID SHEET

LexLTD
503-781-5157

Open Range
All Terrain 73
1680

7½ x 12,550 R 122
20,600 BK
$1,800

Bidder's Name
Or
Company: Rally Auto Mart

Address: 9106 SE 82nd Ave Portland OR 97086

Phone: 503 781-4848
Date: 11-19-19

Description of
Item: 2017 TOYOTA TUNDRA DOUBLE CAB.
4WD, 4.6L V8 GAS, AUTO, 6'12" BED
VIN - 5TFUM5F10HK071737
ODO MILEAGE 85,080

...s SLIP
c 5000,
d TIRES

# 14,000 —

AXIS

# BID SHEET

WALT D
503-781-5157

Bidders Name
Or
Company: Rally Auto Mart
Address: 9106 SE 82ᴬ Ave Portland ᴼᴿ 97086

Phone: 503 781-4848
Date: 11-19-19

18,000
BK
AC 17,000

Description of
Item: 2017 TOYOTA RAV 4 SUV-XLE, AWD,
2.5L-4CYL, AUTO., 4-DR,
VIN- JTMRFREV9HJ701351
ODO MILEAGE 35,873

$17,800

*Axis*

# BID SHEET

Asset Management Specialists, Inc. / WAL
16020 SE Addie Street
Milwaukie, OR 97267
# 503-781-5167

*WALT. D.*
*503-781-5157*

Bidders Name
Or
Company: *Gladstone Mitsubishi*

Address: *18500 SE Mclaughlin Blvd Portland 97267*

*Dealership*

Phone: *503-513-6600*    *MAZI*
*503-544-8492*

Date: *11/18/19*

Description of *TOYOTA*
Item: *2017 TUNDRA DOUBLE CAB,*
*4WD, 4.6L V8 GA, AUTO, 6½' BED*
*VIN - 5TFUM5F11HX074095*
*ODO MILEAGE 31,130*

Bid Amount (US Currency): *23,020 %oo*

# BID SHEET

WALT D
503-781-5157

Dealer Name
Or
Company: Rally Auto Mart
Address: 9104 SE 82nd Ave   Portland OR 97086
Phone: 503 781-4848
Date: 11-19-19

Description of   TOYOTA
Item: 2017 TUNDRA DOUBLE CAB,
4WD, 4.6L V8 GAS, AUTO., 6½' BED
VIN - 5TFUM5F11HX074095
000 MILEAGE 31,130

BK 34,500
24,034

HAS LEATHER
9204

Good Tires
* 300 Dent

$ 22,000

N14

# BID SHEET

WALTER
SCHEFFER

L512 1814 FE

Company: RALLY AUTO MRKT

Address: 9106 SE 82ND AVE PORTLAND OR 97086

Phone: 503-781-4846

Date: 11-19-19

Item: 2017 TOYOTA TUNDRA DOUBLE CAB,
4WD, 4.6L. V8 GAS AUTO, 6 1/2' BED.
VIN-5TFUM5F17HX071010
ODO MILEAGE 105,210

Amount in US Currency: $ 15,500

WALT
503-781-5457

Buyers Name / Company: Wally Auto Mart

Address: 9100 SE 82 W Ave   Portland OR 97086

Phone: 503-781-4848
Date: 11-19-19

Description: 2018 Toyota Tundra Limited Double C
4WD, 5.7L V8 Gas Auto, 6'6' Bed
VIN- 5TFBY5F14JX678431
ODO MILEAGE 34,446

$ 29,500

*Axis*

# BID SHEET

~~Asset Management Consulting, Inc. / VAL~~
~~6120 SE Main Street~~
~~Milwaukie, OR 97..~~
~~(800) ...~~

*WALT D.*
*503-781-5157*

2 # org-n
720 5×D
3·21

Tow
Boous

Seller's Name
or
Company: GAGE AUTO SALES

Address: 13432 SE McLoughlin Blvd
Milwaukee Oregon

Phone: 503-652-0006
Date: 11-19-19

Description of
Item: 2017 TOYOTA TUNDRA DOUBLE CAB,
4WD, 4.6 L V8 GAS AUTO., 6½' BED,
VIN - 5 TFUM5F17HX071234
000 MILEAGE 48,790

22,700

# BID SHEET

(Faded letterhead text)

Walt D
503 781-5157

Company Name: Dolly Auto Mart
Address: 9106 SE 82nd Ave Portland OR 97086
Phone: 503 781-4848
Date: 11-19-19

Description:
Item: 2017 Toyota Tundra Double Cab,
4WP, 4.6L V8 Gas Auto, 6'½' Bed
VIN - 5TFUM5F17HX671334
ODO Mileage 48,790

OK → 24,410
24,410 Tires
Needs T/

$19,000

*Axis*

# BID SHEET

Asset Management Specialists, Inc. WAL
10000 SE Addie Street
Milwaukie, OR 97267
4-503-781-3157

*WALTD*
*503-781-5157*

Bidders Name
or
Company: __Kiefer Auto Group__

Address: __1600 Valley River Dr. Eugene OR 97401__

Phone: __541-799-4517__
Date: __11/14/19__

Description of
Item: __2017 TOYOTA RAV 4 SUV-XLE, AWD,__
__2.5L-4CYL, AUTO., 4-DR.,__
__VIN-JTMRFREV9HJ701351__
__ODO MILEAGE 35,873__

__16,800⁰⁰__

*Axis.*

# BID SHEET

Asset Management Specialists, Inc. / WAL
17000 SE Addie Street
Milwaukie, OR 97267
Phone 781-5157

*WALT D.*
*503-781-5157*

Bidders Name
Or
Company: __Kieser Auto Group__

Address: __1600 Valley River Dr Eugene OR 97401__

Phone: __541-799-4517__
Date: __11-14-19__

Description of
Item: __2018 Toyota Tundra Limited Double Cab,__
__4WD, 5.7L V8 Gas, Auto., 6½' Bed__
__VIN - 5TFBY5F14JX678421__
__ODO Mileage 34,446__

Bid Amount: __29,200 ᵒᵒ__

*Axis*

# BID SHEET

Asset Management Specialists, Inc. (WAL
10003 SE Addie Street
Milwaukie, OR 97267
1-800-781-5157

*WALT D.*
*503-781-5157*

Bidders Name
Or
Company: __Keefer Auto Group__

Address: __1600 Valley River Dr. Eugene OR 97401__

Phone: __541-799-4517__
Date: __11-14-19__

Description of
Item: __2017 TOYOTA TUNDRA DOUBLE CAB,__
__4WD, 4.6L·V8 GAS, AUTO, 6'2' BED__
__VIN - 5TFUM5E10HX071737__
__ODO MILEAGE 85,080__

__4500°°__

Axis

# BID SHEET

2ong Box

Bis 1--2                    WALT D.
                            503-781-5157
Nersi    Tow
         Boards
         Time IX 4KT

Name or
Company: GAGE AUTO SALES IN

Address: 13232 SE McLoughlin        Milwaukie, T
                                    OR
                                    97222

Phone: 971. 400. 2012
Date: 11-18-2019

Description:
2017 TOYOTA TUNDRA DOUBLE CAB,
4WD, 4.6L V8 GAS, AUTO, 6½ BED
VIN - 5TFUM5F10HX071737
ODO MILEAGE 85,080

                              14500 = OC

*Axis*

# BID SHEET

Asset Management Specialists, Inc. / WAL
10020 SE Addie Street
Milwaukie, OR 97267
# 503-781-5157

*WALT D.*
*503-781-5157*

Bidders Name
Or
Company: *Gladstone Mistsubishi*

Address: *18500 SE Mcloughlin blvd Portland 97267*
*Dectorship*                    *(MAZ)*
Phone: *503-513-6600*      *503-544-8492*
Date: *11/18/19*

Description of
Item: *2018 TOYOTA TUNDRA LIMITED DOUBLE CAB,*
*4WD, 5.7L V8 GAS, AUTO., 6'6' BED*
*VIN - 5TFBY5F14JX678421*
*ODO MILEAGE 34,446*

Bid Amount(s) in money: *29,870.00*

Axis

# BID SHEET

Recalls

Custom
Body

Tires
Work

Auto Transport Checklist, Inc. FINAL
3414 SE Milwaukie Ave
Milwaukie, OR 97222
503-781-5157

WALT D.
503-781-5157

Michael Name
or
Company: Gage Auto Sales

Address: 13732 S. McLoughlin  Milwaukee Oregon 97222

Phone: 503-652-0006
Date: 11-19-2019

Description

Item: 2018 Toyota Tundra Limited Double Cab, 4WD, 5.7L-V8 Gas, Auto., 6½' Bed
VIN - 5TFBY5F14JX678421
ODO MILEAGE 34,446

31,000

*AXIS*

α

# BID SHEET

WALT D
503-781-5157

Vinyl
Interior

GSA

Name: Company: **GAGE AUTO SALES**

Address: 13432 SE McLaughlin

Phone: Milwaukie OR-N

Date: 11-19-19          503 652-000 6

Description: 2017 TOYOTA RAV 4 SUV-XLE, AWD,
2.5L-4CYL AUTO, 4 DR
VIN - JTMRFREV9HJ701351
ODO MILEAGE 35,873

$18,000 —

*Axis*

# BID SHEET

Asset Management Specialists, Inc. / WAL
16020 SE Addie Street
Milwaukie, OR 97267
# 503-781-5157 *WALTD*
*503-781-5157*

Bidders Name
Or
Company: _Gladstone Mitsubishi_

Address: _18500 SE Mcloughlin blvd. Portland_ *97267*

_Dealership_      *MAZI*
Phone: _503-513-6600_   _503-544-8492_
Date: _11/18/19_

Description of
Item: _2017 TOYOTA RAV 4 SUV-XLE, AWD,_
_2.5L-4CYL, AUTO. 4-DR.,_
_VIN- JTMRFREV9HJ701351_
_ODO MILEAGE 35,873_

Bid Amount/Comment: _16830 00/100_

*Axis*

# BID SHEET

Asset Management Specialists, Inc. / WAL
16020 SE Addie Street
Milwaukie, OR 97267
📞 503-781-5157

*WALT D.*
*503-781-5157*

Bidders Name
Or
Company: *Gladstone Mitsubishi*

Address: *18500 SE Mclaughlin blvd Portland 9726,*
*Dealership*
Phone: *503-513-6800*     *(MAZ)*
*503-544-8492*
Date: _____

Description of
Item: *2017 TOYOTA TUNDRA DOUBLE CAB,*
*4WD, 4.6L · V8 GAS, AUTO, 6'½' BED*
*VIN - 5TFUM5E10HX071737*
*ODO MILEAGE 85,080*

Bid Amount (US Currency): *12030⁰⁰/₁₀₀*