**Holly C. Hayman**, OSB 114146
   Direct: 971.634.0193
   Email: hhayman@LLG-LLC.com
**LEONARD LAW GROUP LLC**
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
Fax: 971.634.0250

Counsel for Trustee Jeanne E. Huffman

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Consolidated Estate of Axis Crane LLC and Metro Machinery Rigging Inc.,**<br>          Debtors. | Lead Case No. 19-61549-pcm7 |
| **Jeanne E. Huffman**, Trustee,<br>          Plaintiff,<br>  v.<br>**Maxim Crane Works, L.P.**<br>          Defendant. | Adv. No. 21-*[see below]*<br><br>**COMPLAINT**<br><br>**(Avoidance and Recovery of Preferential Transfers – 11 U.S.C. §§ 547 and 551; Breach of Contract; Conversion; and Unjust Enrichment)** |

Plaintiff Jeanne E. Huffman, as the chapter 7 trustee (the "**Trustee**" or "**Plaintiff**") duly appointed in the substantively-consolidated bankruptcy estate (the "**Estate**") of the above-captioned debtors (the "**Debtors**"), hereby alleges:

### SUMMARY OF RELIEF SOUGHT

1. This is an action brought by the Trustee to avoid and recover preferential transfers of approximately $153,862.50 made by the Debtors to Maxim Crane Works, L.P. ("**Maxim**") within the 90-day period prior to the filing of the Debtors' bankruptcy cases. The Trustee also seeks to recover unpaid rents from Debtors' lease of its equipment to Maxim in the

Page 1 of 6 –   COMPLAINT

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
leonard-law.com

Case 19-61549-pcm7    Doc 129    Filed 08/13/21

amount of $280,000. Alternatively, the Trustee seeks recovery for claims of conversion and unjust enrichment from Maxim in the amount of $280,000.

## JURISDICTION

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157. Venue is proper pursuant to 28 U.S.C. § 1409.

3. This adversary proceeding is filed in the substantively-consolidated chapter 7 bankruptcy case of the Debtors pending in the United States Bankruptcy Court for the District of Oregon, Lead Case No. 19-61549-pcm7 (the "**Case**").

4. The matter in controversy arises under Fed. R. Bankr. P. 7001, particularly subsections (1) and (2), 11 U.S.C. §§ 547 and 551. It is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), including the matters described in (A), (E), (F), and (O).

5. The Trustee consents to the Court's entry of a final order and judgment to resolve this dispute.

## The PARTIES

6. The Trustee is the bankruptcy trustee appointed by the Court to administer the Estate for the benefit of the Debtors' creditors.

7. Defendant Maxim Crane Works is a limited partnership headquartered in Bridgeville Pennsylvania with a principal place of business at 1225 Washington Pike, Bridgeville, PA 15017. Maxim's Chief Financial Officer is Sean Collopy.

## FACTS

8. Maxim is a crane and heavy equipment rental company that did business with the Debtors. The Debtors rented equipment from Maxim, and Maxim leased the Debtor's equipment.

9. On May 16, 2019 (the "**Petition Date**"), the Debtors each filed voluntary chapter 7 bankruptcy petitions. The Debtors listed Maxim as a creditor in their schedules.

10. On May 28, 2020, the cases were substantively consolidated into the Case.

Page 2 of 6 –   COMPLAINT

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
leonard-law.com

Case 19-61549-pcm7    Doc 129    Filed 08/13/21

11. The Debtors' records indicate that the Debtors made two payments to Maxim dated March 21, 2019 (the "**Transfers**"). The Transfers are summarized as follows and true and accurate copies of the checks are attached hereto as <u>**Exhibit 1**</u>:

- Check No. 4283 payable to Maxim in the amount of $19,062.50, and
- Check No. 31091 payable to Maxim in the amount of $134,800.

12. The Transfers consisted of funds belonging to the Debtors.

13. At the time the Transfers were made, Maxim was a creditor of the Debtors.

14. The Transfers were made on account of antecedent debt owed by the Debtors to Maxim.

15. The Debtors were insolvent at the time of the Transfers.

16. The Transfers were made within 90 days before the Petition Date.

17. The Transfers enabled Maxim to receive more than Maxim would receive in the Case had the Transfers had not been made.

18. Also, on or about March 28, 2019, Maxim and Axis Crane LLC entered a lease agreement under which Maxim leased substantially all of the Debtors' equipment and agreed to pay Axis Crane $40,000 per week as the rental rate (the "**Equipment Lease**"). A true and accurate copy of the Equipment Lease is attached hereto as <u>**Exhibit 2**</u>.

19. Pursuant to the Equipment Lease, Maxim had possession, control, and use of all of the Debtors' equipment from March 28, 2019, until and after the Petition Date. The Debtors' equipment subject to the Equipment Lease had a combined value of approximately $7,500,000.

20. The Debtors relied on Maxim's promise to make weekly rental payments. The Debtors did not interfere with Maxim's possession, use, and control of the equipment.

21. The Debtors did not have use of the subject equipment after the date of the Equipment Lease.

22. Maxim made no payments to the Debtors under the Equipment Lease. Maxim's failure to make weekly rental payments to Axis Crane LLC is a material breach of the

Equipment Lease and the Debtors are entitled to damages arising from the same. As of the Petition Date, the amount due under the Equipment Lease is approximately $280,000.

23. On or about March 22, 2021, Plaintiff issued a demand for payment to Maxim and describing the Estate's claims against Maxim. Plaintiff and Maxim entered a tolling agreement which extended the statute of limitations for bringing this action until and including August 13, 2021. Maxim has not otherwise provided a substantive response to Plaintiff's demand.

**FIRST CLAIM FOR RELIEF**

**(Avoidance of Preferential Transfers - 11 U.S.C. § 547)**

24. The Trustee restates and incorporates the allegations of paragraphs 1 through 23 above.

25. The Trustee may avoid each of the Transfers under 11 U.S.C. § 547. The Transfers transferred property of the Debtors within the 90-day period before the Petition Date and were made:

   a. To or for the benefit of Maxim;
   b. For or on account of an antecedent debt owed by the Debtors before the Transfers were made;
   c. Made at a time when the Debtors were insolvent; and
   d. That enabled Maxim to receive more than it would receive if the case were a case under chapter 7 of the Bankruptcy Code, the Transfers had not been made, and such creditor received payment of such debt to the extent provided by the Bankruptcy Code.

26. The Trustee is entitled to a judgment (a) avoiding the Transfers for the under 11 U.S.C. § 547, in an amount to be proven at trial but not less than $153,862.50; and (b) preserving the value of the Transfers for the benefit of the Estate under 11 U.S.C. § 551.

Page 4 of 6 – COMPLAINT

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
leonard-law.com

Case 19-61549-pcm7    Doc 129    Filed 08/13/21

## SECOND CLAIM FOR RELIEF

### (Breach of Contract)

27. The Trustee restates and incorporates the allegations of paragraphs 1 through 26 above.

28. The Equipment Lease was a valid and binding contract between Maxim and Axis Crane LLC.

29. Maxim materially breached the Equipment Lease by failing to make any payments to Axis Crane LLC under the terms of the lease.

30. As of the Petition Date, the amount due and owing to Axis Crane LLC under the Equipment Lease is approximately $280,000.

31. The Trustee is entitled to a judgment against Maxim for breach of contract and a money award in an amount not less than $280,000, to be determined at trial.

## THIRD CLAIM FOR RELIEF

### (Conversion)

32. The Trustee restates and incorporates the allegations of paragraphs 1 through 31 above.

33. Maxim intentionally exercised dominion and control over the Debtors' equipment that seriously interfered with the Debtors' right to use or control its equipment.

34. The Trustee is entitled to a judgment against Maxim for conversion of the Debtors' equipment in an amount not less than $280,000, to be determined at trial.

## FOURTH CLAIM FOR RELIEF

### (Unjust Enrichment)

35. The Trustee restates and incorporates the allegations of paragraphs 1 through 34 above.

36. When Maxim and Axis Crane entered the Equipment Lease, Maxim took complete possession, control, and use of the Debtors' equipment. Maxim directly benefited from use of Debtors' equipment. The Debtors were directly disadvantaged due to Maxim's possession and control of the equipment.

Page 5 of 6 –   COMPLAINT

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
leonard-law.com

Case 19-61549-pcm7    Doc 129    Filed 08/13/21

37. The Debtors relied upon Maxim's representations that it would perform under the Equipment Lease and pay Axis Crane $40,000 per week as rent for the equipment.

38. As a proximate result of Maxim's failure to make any payments to Axis Crane under the Equipment Lease, Maxim has been unjustly enriched in the amount of not less than $280,000, at the Debtors' expense.

39. The Trustee is entitled to a judgment against Maxim for unjust enrichment in an amount not less than $280,000, to be determined at trial.

**WHEREFORE**, the Trustee requests judgment against Maxim as follows:

A. Declaring the Transfers to be avoidable preferential transfers under 11 U.S.C. § 547, and entry of judgment and money award in favor of the Trustee and against Maxim in the amount of at least $153,862.50;

B. Declaring that the avoided Transfers are preserved for the benefit of the Estate pursuant to 11 U.S.C. § 551;

C. Entering a judgment for breach of contract and money award in favor of the Trustee and against Maxim in the amount of at least $280,000;

D. Entering a judgment for conversion and money award in favor of the Trustee and against Maxim in the amount of at least $280,000;

E. Entering a judgment for unjust enrichment and money award in favor of the Trustee and against Maxim in the amount of at least $280,000

F. Awarding post-judgment interest at the maximum legal rate; and

G. Awarding the Trustee such other legal and equitable relief as may be just and proper.

DATED this 13th day of August 2021.

LEONARD LAW GROUP LLC

By: /s/ Holly C. Hayman
   Holly C. Hayman, OSB No. 114146
   Direct: 971.634.0193
   Email: hhayman@LLG-LLC.com
Counsel for Jeanne E. Huffman, Ch. 7 Trustee

Page 6 of 6 –   COMPLAINT

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
leonard-law.com

Case 19-61549-pcm7    Doc 129    Filed 08/13/21



#4283     20190327     $19,062.50



#31091     20190327     $134,800.00



PO Box 325
Wilsonville, OR 97070
Tel: (503) 253-5646  Fax: (503) 980-9555

| Date: | Agreement # |
|---|---|
| 04/18/2019 | A-0000041819-1 |

Dear Customer,

Please find the Agreement A-0000041819-1 below for your review and electronic signature. As per **Axis Crane** policy, we cannot deliver equipment until we have received a signed agreement with all insurance documents as required below. Please send the complete insurance with all required endorsements by email to **contracts@axiscrane.com**

Any modifications to the agreement or missing insurance endorsements will delay delivery of equipment. Your assistance in expediting this process is greatly appreciated.

**BARE LEASE INSURANCE REQUIREMENT**
NOTE: NOTATIONS ON THE ACORD CERTIFICATE OF INSURANCE (COI) FORM ARE NOT SUFFICIENT. ACTUAL SEPARATE ENDORSEMENTS MUST BE PROVIDED.

**Physical Damage Coverage**

- For loss or damage to equipment: Policy must EITHER be blanket for "All leased/rented equipment".

- Deductibles for each policy **MUST** be shown on the COI.
- The Description of Operations for property insurance **MUST** include the following language: "Axis Crane LLC. is listed as Loss Payee with regard to the leased equipment" OR "a separate **Loss Payee Endorsement** in favor of Axis Crane, LLC must be provided.

**Commercial Auto Coverage**

- We require limits of not less than $2 million combined single limit for bodily and property damage.
- Please provide the **Additional Insured Endorsement** CA 2048 or equivalent, naming **Axis Crane LLC** as additional insured.
- Please provide a statement on the Commercial Auto **Additional Insured Endorsement** that coverage is **Primary** to any other coverage available, OR provide a separate **Primary Insurance Endorsement**.
- Please include a **Waiver of Subrogation** in favor of Axis Crane LLC

**General Liability Coverage**

- We require limits of not less than $2 million per occurrence and $2 million aggregate per project.
- Please provide the **Additional Insured Endorsement** CG 20 28 or equivalent (it must be for LESSOR OF LEASED EQUIPMENT), naming **Axis Crane, LLC** as additional insured. Please note that we do not accept the CG 2010, CG 2037, or any other endorsement not specifically for a LESSOR OF LEASED EQUIPMENT.
- Please provide a statement on the General Liability **Additional Insured Endorsement** CG 2028 that coverage is **Primary** to any other coverage available, OR provide a separate **Primary Insurance Endorsement**.
- Please include a General Liability **Waiver of Subrogation** endorsement in favor of **Axis Crane, LLC**

**Workers Compensation Coverage**

- Please include a Workers' Compensation **Waiver of Subrogation** endorsement in favor of Axis Crane, LLC
- We require **Employer's Liability coverage** of not less than $1 million.

*[signature]*

PLEASE REMEMBER TO INCLUDE YOUR POLICY NUMBERS ON EACH ENDORSEMENT. FAILURE TO DO SO WILL DELAY THE DELIVERY OF THE EQUIPMENT.

If you have any questions, please email contracts@axiscrane.com

Thank you for your business!

*[signature]*



PO Box 325
Wilsonville, OR 97070
Tel: (503) 253-5646 Fax: (503) 980-9555

| Date: | Agreement # |
|---|---|
| 04/18/2019 | A-0000041819-1 |

This LEASE AGREEMENT is made and entered into on 03/28/2019 by and between AXIS CRANE, LLC, hereinafter referred to as "Lessor", and Maxim Crane Works, LP located at 1225 Washington Pike, Bridgeville, PA 15017 hereinafter referred to as "Lessee". Lessee's Contact: Frank Bardonaro

WITNESSETH: Lessor hereby leases to Lessee, and Lessee hereby hires from Lessor, subject to and in accordance with the covenants, agreements, terms and conditions contained herein, the equipment and personal property, together with all accessories attached thereto or used in connection therewith, hereinafter collectively called the "Equipment", described below.

| EQUIPMENT DESCRIPTION | See attached equipment list. Agreement covers all equipment on list. All equipment may be used by Lessee as needed. | | |
|---|---|---|---|
| RENTAL RATE | | LENGTH OF WORK PERIOD | VALUATION |
| $40,000.00 / week | | Week-to-week until agreed to | The combined valuation of all equipment described in this lease is $7,500,000 |
| GUARANTEED MINIMUM RENTAL | No minimum | | |
| EXCESS HOURS AND SHIFTS | No excess hour charges | | |
| LOCATION OF USE | Oregon & Washington - Specific locations to be given to Axis Crane when known. | | |

**AXIS CRANE, LLC**

Signature:

*[signature]*

Printed Name:
TRAVIS L WYET

Title:
PRESIDENT

Date:
4-19-2019

**Maxim Crane Works, L.P.**

Signature:

*[signature]*

Printed Name:
FRANK BARDONARO

Title:
COO

Date:
4-18-2019

# BARE EQUIPMENT LEASE AGREEMENT (BELA)
## GENERAL CONDITIONS

Axis Crane, LLC (hereafter "LESSOR") hereby leases crane equipment to the Contractor/Owner (hereafter "LESSEE") subject to the following terms and conditions:

1. **RENTAL TERM:** The Rental Term shall start when the Equipment is loaded out for shipment and shall end when the Equipment is returned to point of origin.

2. **PAYMENT OF RENTAL:** LESSEE shall pay the minimum guaranteed rental as specified on the face of this Agreement and the full rental rates during any extension thereto. The rent payable shall be at the rate specified in this Agreement undiminished by any offset or credit on account of LESSEE's sooner surrender of the Equipment or the reasonable rental value thereof, whether or not thereafter LESSOR shall itself use said Equipment or shall rent any comparable Equipment it may have to others, or on account of any payment by LESSEE of additional rental for overtime use pursuant to the overtime and shift provisions on the face of this Agreement, or of any other charges, costs or damages hereunder; provided, however, that the rental payments, if any, actually received by LESSOR under a new lease for any part of the minimum term shall be credited to LESSEE, subject to repossession, reconditioning, re-leasing costs and all other charges and claims of LESSOR against LESSEE.

   LESSEE shall be responsible for and pay: i) all taxes, levies, fees and other public charges against or upon any of the Equipment, excluding personal property taxes; ii) all fines, penalties, forfeitures, court costs, expenses to the extent directly caused by LESSEE's possession, transportation, or its negligent use, maintenance or repair of the Equipment, including without limitation, any parking, traffic or other violations assessed against the Equipment, LESSOR or LESSEE; iii) all costs of repairs to the Equipment and any related expenses.

   LESSEE shall pay all rents to the offices of LESSOR at **Axis Crane, LLC. P.O. Box 325, Wilsonville, OR 97070 or all overnight mail by special couriers should be sent to the actual site address – Axis Crane, LLC, 2500 Industrial Ave, Hubbard, OR 97032,** or other such other place as LESSOR may designate. If requested by LESSOR, LESSEE shall pay rentals monthly in advance; otherwise, LESSOR shall submit monthly rental invoices at the beginning of each rental period and LESSEE shall pay the same in full within ten (10) days of the invoice date. Unpaid rentals shall bear interest from the due date until paid at 18% per annum or the highest rate allowed by law, whichever is less, and accrual or payment of such interest shall not impair LESSOR's right otherwise to repossess the Equipment or to terminate this lease or to any other remedies it may have. Any accessories or attachments are included with the Equipment If any such accessories or attachments are ordered prior to the Rental Start Date, LESSEE shall pay such costs within thirty (30) days of invoice. All mobilization and installation costs shall be paid within thirty (30) days of invoice.

3. **OPERATION, COSTS & REPAIRS:** The Equipment shall be inspected by the LESSEE at, or prior to the beginning of the rental term (on-rent inspection Lessor warrants that the Equipment is in good and serviceable condition, safe and fit for the use of LESSEE. .LESSEE, at its own expense, shall at all times maintain the Equipment in good and safe operating condition and shall pay for all labor, fuel, lubrication, materials, parts and supplies of every nature and kind required to operate and so maintain the Equipment and to make all necessary repairs and replacements thereon including structural and mechanical failure, to the extent caused by Lessee. LESSEE shall immediately inform LESSOR of any damage, accident, or mechanical failures of or involving the Equipment or its operation. LESSEE is not authorized to incur any liability or to expend any money for LESSOR's account for any operating, maintenance or repair cost or expense without prior written authority from LESSOR. Title to any repairs or replacements, and parts and supplies furnished in connection therewith shall vest in the holder of title to the Equipment. LESSEE shall reimburse LESSOR for any third party charges for repairs plus 35% for overhead and administration costs.

4. **RETURN OF EQUIPMENT:** LESSEE shall return the Equipment to LESSOR unencumbered and in the same condition as when received by LESSEE, reasonable wear resulting from proper use alone excepted. Condition shall be determined by an off-rent inspection by LESSOR and LESSOR will perform an inspection within 48 hours of return and shall immediately notify LESSEE of any required repairs.. The Rental Period will continue throughout such time required to make all necessary repairs for which LESSEE is responsible.

5. **TRANSPORTATION:** LESSEE shall pay all loading and unloading costs and all transportation costs. LESSEE shall furnish timely instructions for shipment and, absent such instructions, LESSOR may ship to railhead or shipping point which LESSOR in good faith believes to be closest to the 'location of use'. LESSOR shall furnish shipping instructions for the return. LESSEE assumes all expense and risk of loss during transportation of Equipment, same being loaded and shipped EXW LESSOR's location or other shipping point designated by LESSOR.

6. **USE OF EQUIPMENT:** At no time shall the Equipment be subjected to improper use, any careless or needlessly rough use or to any use in violation of any federal, state or municipal statue, ordinance or regulation, including State OSHA and Fed OSHA ,or to any use beyond the safe or manufacturer's rated limits or capacity of the Equipment. The Equipment shall be operated and stored free of any hazards. The Equipment shall not be altered or modified in any way or subjected to addition of any counterweight beyond that furnished with the Equipment. LESSEE shall not remove, alter, disfigure or cover up any numbering, lettering, insignia or signage, including illuminated signage, placed upon the Equipment.

   LESSEE shall, if requested, advise LESSOR of the exact location and condition of the Equipment and LESSOR shall, at reasonable times be given access thereto and afforded necessary facilities for the purpose of inspection.

   LESSEE is responsible for ensuring compliance by it and its employees and/or agents, and of the Equipment itself, with all applicable laws and regulations, including without limitation, 29 C.F.R. 1926, subpart CC Cranes and Derricks in Construction and C.F.R. 1910.180 – Crawler Locomotive and Truck Cranes and all applicable ANSI Standards.

7. **OPERATORS:** LESSEE shall be solely responsible for supplying, employing, compensating and authorizing only competent and qualified personnel who are experienced, knowledgeable, trained, and, where required by law, certified and/or licensed, to operate and maintain the Equipment. LESSEE shall comply with all applicable laws, rules, regulations and labor agreements relating to employment

of personnel on the Equipment and shall provide and pay for all workmen's compensation insurance, taxes and contributions for social security benefits, unemployment insurance, and union benefits, including any pensions and annuities imposed under any applicable law or labor agreement. LESSEE shall hold LESSOR free and harmless from any liability for any such taxes, insurance, contributions, payments and benefits under any workmen's compensation law, employer's liability or other expense.

8. **INDEMNITY:** TO THE FULLEST EXTENT PERMITTED BY LAW, LESSEE SHALL HOLD LESSOR, ITS AGENTS, EMPLOYEES AND ASSIGNS, FREE AND HARMLESS FROM AND INDEMNIFY AND DEFEND LESSOR AGAINST ANY AND ALL SUITS, ACTIONS, PROCEEDINGS, CLAIMS, DEMANDS, LIABILITIES, COSTS AND CHARGES, LEGAL EXPENSES, AND DAMAGES TO THE EXTENT CAUSED BY THE ACTIONS OR OMISSIONS BY LESSEE, INCLUDING, BUT NOT LIMITED TO, THOSE RESULTING FROM, OR CLAIMED TO RESULT FROM INJURY, DEATH OR DAMAGE TO ANY AND ALL PERSONS, EMPLOYEES OR PROPERTY TO THE EXTENT CAUSED BY LESSEE'S WORK OR ANY PERSON ACTING FOR OR ON BEHALF OF LESSEE. NOTWITHSTANDING ANY OF THE ABOVE, OR ANY OTHER PORTION OF THIS AGREEMENT, LESSEE SHALL HAVE NO OBLIGATION TO INDEMNIFY, DEFEND, OR HOLD LESSOR HARMLESS FOR ANY ACCIDENTS, DAMAGES, INJURY OR CLAIMS THAT ARE CAUSED BY THE ACTS OR OMMISSSIONS OF THE LESSOR.

9. **INSURANCE:** LESSEE is obligated to procure and produce upon LESSOR's request commercial general liability insurance with limits not less than $2,000,000 and in no event less than $2,000,000 per occurrence and in the aggregate, or such higher amounts as, in the opinion of LESSOR, are needed to protect LESSOR and LESSEE against any and all such liability or risk of loss and to cover LESSEE's obligations herein. If the LESSEE chooses to carry insurance coverage above the minimum described herein, including excess or umbrella coverage, said additional coverage shall be endorsed to also extend to LESSOR to include all the terms and conditions set forth herein.

To the extent of the indemnity obligations herein, LESSOR shall be named as an additional insured without limitation on LESSEE's insurance and the coverage shall include an endorsement that states that such insurance shall be primary and any insurance maintained by LESSOR, including both primary and excess insurance, shall be excess and noncontributing. To the extent of the indemnity obligations herein, The coverage shall contain an endorsement that waives subrogation against LESSOR. The deductible, if any, for the insurance shall be paid by and for the account of LESSEE, and LESSOR shall be entitled to fully recover from LESSEE's insurance carrier, and all such payments shall be made directly and solely to LESSOR.

Should LESSEE come onto LESSOR's yard to pick-up, haul and drop off the Equipment, then LESSEE shall be obligated to procure auto commercial liability insurance with a combined single limit not less than $1,000,000 for property damage and bodily injury. Such coverage shall name LESSOR as additional insured under an endorsement and shall contain an endorsement that waives subrogation against LESSOR. In addition, LESSEE shall be obligated to procure cargo insurance covering the full stated value of the Equipment LESSEE is hauling from LESSOR's yard to another location. LESSEE shall be obligated to procure fire and extended coverage insurance, naming LESSOR as Loss Payee, for the full stated value of the Equipment, as listed in the agreement, for any and all loss or damage to the Equipment occasioned by fire, theft, flood, explosion, overturn, accident, acts of God or any other cause that may occur during the rental term.

LESSEE shall be obligated to procure and produce upon LESSOR's request workers compensation insurance and employer's liability insurance upon all of its employees and the employees of its subcontractors. The coverage shall contain an endorsement that waives subrogation against LESSOR. LESSEE's obligations hereunder shall not be limited by the amount of insurance provided. If LESSEE is based in and the location of Equipment use is in a monopolistic state where waiver of subrogation is not obtainable, then LESSEE is not required to submit a waiver of subrogation endorsement.

The above insurance policies shall be with companies acceptable to LESSOR. LESSEE shall be obligated to procure and produce upon LESSOR's request certificates of insurance and endorsements evidencing such insurance in form acceptable to LESSOR and naming LESSOR as certificate holder prior to the Equipment being shipped, which shall provide that such insurance may not be canceled without Thirty (30) days written notice to LESSOR in advance. If LESSOR shall, for any reason, fail to enforce any requirement for any insurance as provided in this Agreement, or if LESSEE is in default of its obligation to obtain any such insurances, the failure to provide insurance shall constitute an agreement by LESSEE to indemnify LESSOR against any and all loss which such insurance would otherwise have covered, including all special and consequential damages regardless of whether the same are foreseeable.

LESSOR shall not participate in any wrap-up or Owner Controlled Insurance Program and any costs related thereto shall be paid by LESSEE.

10. **DAMAGE TO EQUIPMENT:** In the event the equipment is damaged in any way or form, other than normal operating wear, LESSEE shall notify LESSOR immediately of the incident and describe the extent of the damage. Repairs to boom sections are not to be attempted without express consent of LESSOR. All repairs to the equipment shall be at the expense of LESSE (excluding latent manufacturing defects) and LESSEE shall provide full documentation to LESSOR. The rental period will continue throughout such time required to make all necessary repairs for which LESSEE is responsible. Should Equipment not be repairable, LESSEE must pay full replacement value plus applicable taxes. Notwithstanding any of the above or any portion of this agreement, LESSEE shall not be responsible for any loss or damage to the equipment to the extent any loss or damage is caused by Lessor.

11. **PREVENTIVE MAINTENANCE:** LESSEE is responsible, at its own cost, to schedule and perform maintenance, adjustments and repairs on the Equipment in accordance with Equipment manufacturer's specifications and applicable laws and regulations, including without limitation OSHA & DOL.

LESSEE shall be responsible for performing all normal basis service, including without limitation all filters, lubrications, protection against freezing and repair of any parts affected by exposure to the elements. LESSOR has the right but not the obligation to inspect the Equipment at any time during normal working hours. However, LESSEE agrees that LESSOR has no control over the Equipment's use, operation, maintenance and/or repair while in LESSEE's possession, control and/or supervision. LESSEE shall provide LESSOR with prompt access to the Equipment to properly maintain and/or repair the Equipment if LESSEE fails to do so or upon LESSOR's request, all at LESSEE's expense. LESSOR shall have the right to make and/or direct all repairs required due to any accident, at LESSEE's expense. All repairs shall meet manufacturer's specifications and be certified by the manufacturer and/or qualified inspector/certifier.

12. OSHA and DOL regulations require daily, monthly (or other periodic) and annual inspections. LESSEE is solely responsible for conducting and properly documenting these inspections and for otherwise ensuring that the Equipment meets and is operated in accordance with OSHA and DOL requirements and ANSI Standards. LESSOR furnishes the following items with each crane to assist LESSEE with said compliance: i) crane logbook, ii) operator's manual; iii) fire extinguisher; and iv) load chart. LESSEE shall pay all costs associated with the replacement of any such item supplied and not returned in usable condition upon return of the Equipment.

    LESSEE shall keep a written record of all inspections and shall be responsible for keeping the crane logbook current and accurate while the Equipment is in LESSEE's possession or control and shall be solely responsible for any liability for failure to do so. If LESSEE operates the Equipment in adverse or corrosive environments, LESSEE shall take all reasonable measures to protect the Equipment from damage from those environments. LESSOR may provide maintenance and repair services for a fixed monthly fee if agreed to under separate Repair Agreement Addendum to this contract. In such event, LESSOR's repair personnel shall be Borrowed Servant of LESSEE as stated herein.

13. **ASSIGNMENT:** Any assignment, transfer, subletting or hypothecation of this lease or any interest therein or of the Equipment or any part thereof by LESSEE without the prior written consent of LESSOR shall be void. If LESSOR shall assign this lease or any rights or the rental payable hereunder, assignee's rights shall be free and independent of any claim or offset of LESSEE against LESSOR. LESSEE upon receiving notice shall abide to the assignment and make payment as directed. In the event of such an assignment, the term "LESSOR" as used herein shall refer to LESSOR'S assignee.

14. **TAXES:** LESSEE shall be liable for and shall pay all licenses, permits, fees, taxes and assessments, and penalties and fines, if any, assessed or levied by any public authority against the Equipment, this Agreement and the transaction represented thereby, or any interest therein or any part thereof, or arising out of the ownership, use, operation or possession of the Equipment hereunder. Nothing in this paragraph is to be construed as meaning that the LESSEE is to pay the personal property tax levied against the machinery, LESSOR is to pay his own personal property tax.

15. **TITLE:** Title to the Equipment shall at all times remain in LESSOR exclusively. LESSEE shall keep the Equipment free from any and all liens, claims and encumbrances and shall not do or permit any act or thing whereby LESSOR's rights, title or interest in the Equipment or in this Agreement may be encumbered or impaired.

16. **TERMINATION, REPOSSESSION AND ATTORNEY'S FEES:** LESSOR reserves the right to terminate this Agreement for its convenience at any time. LESSOR shall have the right to terminate this Agreement if: 1) LESSEE fails to make any payment as herein provided; 2) at any time during the term hereof, fails to perform any of the terms and conditions LESSEE is obligated to perform; 3) becomes insolvent or makes an assignment for the benefit of creditors or becomes the subject of any reorganization or bankruptcy proceeding; 4) LESSEE changes the Rental Start Date by more than fourteen (14) days; and/or 5) if LESSOR shall deem it to be to its best interest to do so to protect its interests or protect the Equipment against loss or damage. Upon termination of this Agreement for whatever cause or reason, then LESSOR and its agents or representatives may, in addition to any other rights or remedies it may have hereunder or at law or in equity, demand LESSEE halt further operation of the Equipment, and upon ten (10) days written notice to Lessee, enter any premises where said Equipment is or is believed to be located and take any actions necessary to secure and protect the Equipment from further use, repossess all or any part thereof.

    LESSEE expressly waives all further rights to possession of the Equipment and all claims for injury suffered through or loss caused by such termination and/or repossession. If LESSOR shall repossess the Equipment or shall institute any proceeding to recover any monies due hereunder to recover possession of the

17. **LIMITATION OF WARRANTIES AND LIABILITY:** LESSOR WARRANTS THAT IT HAS THE RIGHT TO LEASE THE EQUIPMENT TO LESSEE AND THAT DURING THE RENTAL TERM, LESSEE SHALL HAVE AND ENJOY QUIET POSSESSION OF THE EQUIPMENT AGAINST ANY LAWFUL CLAIMS AGAINST THE LESSOR. **LESSOR WARRANTS THAT THE EQUIPMENT SHALL BE FIT OR SUITABLE FOR ANY SPECIFIC PURPOSE OR PURPOSES OF LESSEE, INCLUDING MERCHANTABILITY.** THE SOLE AND EXCLUSIVE REMEDY OF LESSEE FOR ANY BREACH, ERROR AND/OR OMISSION BY LESSOR OF THIS AGREEMENT SHALL BE THE SUSPENSION OF THE RENTAL CHARGES DURING THE PERIOD OF TIME THE EQUIPMENT IS NOT IN OPERATION OR FOR ANY DELAYS IN DELIVERING, INSTALLING, JUMPING, REPAIRING/MAINTAINING, AND/OR REMOVING THE EQUIPMENT. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, NEITHER PARTY SHALL NOT BE LIABLE FOR ANY DIRECT, CONSEQUENTIAL, PUNITIVE, INCIDENTAL OR LIQUIDATED DAMAGES.

18. **NOTICES:** All notices required to be given hereunder may be served personally on the party to be given such notice, by electronic mail, or sent by certified or registered mail with postage prepaid to the address given herein unless a different address is hereafter specified. LESSEE shall provide accurate and timely information for purposes of serving preliminary notices.

19. **SUCCESSORS & ASSIGNS:** This Agreement and the terms and conditions hereof shall bind the parties hereto, their heirs, successors, legal representatives and assigns.

20. **APPLICABLE LAW, NON-WAIVER, SEVERABILITY:** The interpretation of this Agreement and the execution and performance thereof shall be governed by the laws of the State of California. The sole and exclusive venue for any disputes arising from this Agreement shall be in a court of competent jurisdiction in Marion County, Oregon. Time is of the essence. LESSOR's failure to require strict performance by LESSEE of any of the provisions hereof shall not constitute a waiver of LESSOR'S rights thereafter to demand strict compliance therewith or with any other provision hereof. If any provision of this Agreement is found to be invalid, the balance of the Agreement shall not be rendered invalid or unenforceable and to the greatest extent possible, the invalid provision shall be reformed to make the provision lawful and consistent with the intentions of the parties.

21. **EXCLUSIVE AGREEMENT:** This Agreement, when duly executed by LESSOR, is the only BARE RENTAL AGREEMENT BETWEEN THE PARTIES, THE PARTIES FURTHER AGREE THAT THERE IS AN EXECUTED MASTER SERVICE AGREEMENT IN PLACE THAT GOVERNS ANY SERVICES BETWEEN THE COMPANIES.

IN WITNESS Thereof, the parties have executed this Agreement the day and year indicated.



| AXIS CRANE, LLC | Maxim Crane Works, LP |
|---|---|
| Signature: *[signed]* | Signature: *[signed]* |
| Printed Name: TRAVIS L WILT | Printed Name: FRANK BARDONARO |
| Title: President | Title: COO |
| Date: 4-19-2019 | Date: 4-18-2019 |

| Unit Code | Description | Model Year | Unit Type | Sched Type | Serial Number | Make | Model | Company |
|---|---|---|---|---|---|---|---|---|
| 011 | Projects - Black Chevy Silverado | 2006 | Pickup | Truck | 1GCHK23DX6F196056 | Chevy | Silverado | Axis Crane |
| 019 | Operations - Black Chevy Silverado | 2007 | Pickup | Truck | 2GCFK13Y871671510 | Chevy | 1500 | Axis Crane |
| 020 | Crew Truck - White Chevy Duramax | 2003 | Pickup | Truck | 1GCHK29113E226253 | Chevy | Duramax 2500 | Axis Crane |
| 022 | Shop - Intr'l Service Truck | 2002 | Service | Truck | 1HTMKAAN82H398755 | International | Service | Axis Crane |
| 025 | Operations - Red Dodge 3500 | 2009 | Pickup | Truck | 3D7MX28L89G518062 | Dodge | 3500 | Axis Crane |
| 026 | Toyota Tundra | 2011 | Pickup | Truck | 5TFHY5F16BX196836 | Toyota | Tundra | Axis Crane |
| 028 | Operations - Toyota Tacoma | 2011 | Pickup | Truck | 3TMLU4EN3BM064577 | Toyota | Tacoma | Axis Crane |
| 030 | Yard - F350 Flatbed | 1999 | Pickup | Truck | 1FDWX32L8XED68059 | Ford | F350 | Axis Crane |
| 031 | Shop - Ford F250 HD Edition | 2004 | Pickup | Truck | 1FTNW21P64EC26483 | Ford | F250 - Harley Davidson Ed | Axis Crane |
| 032 | Safety - Toyota Tundra | 2012 | Pickup | Truck | 5TFDY5F18CX255966 | Toyota | Tundra | Axis Crane |
| 033 | Mechanic - Ford F550 Super Duty | 2000 | Service | Truck | 1FDAF56F8YEC50770 | Ford | F550 XL SUPERDUTY | Axis Crane |
| 034 | Mechanic - Ford F550 XL Utility | 2000 | Service | Truck | 1FDAF56F8YEC50768 | Ford | F550 XL SUPERDUTY | Axis Crane |
| 035 | Exec - Toyota Tundra | 2014 | Pickup | Truck | 5TFAY5F1XEX338580 | Toyota | Tundra | Axis Crane |
| 036 | Operations - Black Dodge 3500 Longhorn | 2016 | Pickup | Truck | 3C63R3NL3EG242900 | Dodge | 3500 | Axis Crane |
| 037 | Crew Truck - Dodge Ram | 2014 | Pickup | Truck | 3C7WRTCL8EG268890 | Dodge | Ram | Axis Crane |
| 039 | Shop - Mechanic Pickup | 2005 | Service | Truck | 1GDJ6C1C5F500780 | GMC | C6500 | Axis Crane |
| 040 | 2015 Dodge Ram 3500 Pick-up | 2015 | Pickup | Truck | 3C7WRTCL2FG513054 | Dodge | Ram 3500 | Axis Crane |
| 041 | Crew Truck - Gold Ford F350 | 2000 | Pickup | Truck | 1FTSW31F5YEB44816 | Ford | F350 | Axis Crane |
| 042 | Crew Truck - Maroon F350 | 2000 | Pickup | Truck | 1FTSW31F6YEA27729 | Ford | F350 | Axis Crane |
| 043 | Crew Car - Grey Subaru Brat | 1984 | Pickup | Truck | JF2AT53B4EE502446 | Subaru | Brat | Axis Crane |
| 044 | Crew Truck - Grey F250 | 2000 | Pickup | Truck | 1FTNX21F22ED64295 | Ford | F250 | Axis Crane |
| 045 | Sales - Orange Toyota Tundra | 2015 | Pickup | Truck | 5TFDY5F13FX425963 | Toyota | Tundra | Axis Crane |
| 046 | Operations - Ford F450 | | Pickup | Truck | 1FDXW47F1XEB20154 | Ford | F450 | Axis Crane |
| 047 | Sales - Orange Toyota Tacoma | 2016 | Pickup | Truck | 3TMDZ5BN0GM001587 | Toyota | Tacoma | Axis Crane |
| 048 | Operations - White Toyota Tundra | 2016 | Pickup | Truck | 5TFUM5F11GX065982 | Toyota | Tundra | Axis Crane |
| 049 | Audi A4 | 2017 | Pickup | Truck | WAUENAF45HN028170 | Audi | A4 | Axis Crane |
| 050 | Dodge Ram 2500 Crew Truck | 2006 | Pickup | Truck | 1D7KS28C26J204627 | Dodge | Ram 2500 | Axis Crane |
| 051 | 2017 Toyota Tundra | 2017 | Pickup | Truck | 5TFUM5F17HX071234 | Toyota | Tundra | Axis Crane |
| 052 | 2017 Toyota Tundra | 2017 | Pickup | Truck | 5TFUM5F10HX071737 | Toyota | Tundra | Axis Crane |
| 055 | Black Pickup Flat bed | 2017 | Pickup | Truck | 3C63RRJL6HG770511 | Dodge | Ram 3500 | Axis Crane |
| 056 | 2017 Tundra | 2017 | Pickup | Truck | 5TFUM5F11HX074095 | Toyota | Tundra | Axis Crane |
| 057 | 2018 Tundra | 2018 | Pickup | Truck | 5FTBY5F14JX678421 | Toyota | Tundra | Axis Crane |
| 103 | Link Belt RTC 8065 65-ton RT | 2004 | 65-ton Rough Terrain Crane | Rough Terrain Crane | D714-7016 | Link Belt | RTC 8065 | Axis Crane |
| 104 | Link Belt HTC8650 50-ton AT | 2008 | 50-ton Truck Crane | Mobile Crane | L818-0135 / 1F9L8J8008L028135 | Link Belt | HTC 8650 | Axis Crane |
| 105 | National 33-ton Boom Truck | 2004 | 33-ton Boom Truck | Mobile Crane | 290244 / 2FZMAZDE55AN56246 | National | 14127 | Axis Crane |
| 107 | Grove 65-ton RT | | 65-ton Rough Terrain Crane | Rough Terrain Crane | 84923 | Grove | RT865XL | Axis Crane |
| 306 | Link Belt RTC80100 100-ton RT | 2006 | 100-ton Rough Terrain Crane | Rough Terrain Crane | J716-8521 | Link Belt | RTC 80100 | Axis Crane |
| 307 | Link Belt AC 13030 130-ton AT | 2006 | 130-ton All Terrain Crane | Mobile Crane | P417-9249 | Link Belt | ATC3130 | Axis Crane |
| 308 | Manitowoc-10000 100-ton Crawler | 2007 | 100-ton Crawler Crane | Crawler Crane | 10001092 | Manitowoc | 10000 | Axis Crane |
| 310 | Liebherr LTM 1100 120-ton AT | 2006 | 120-ton All Terrain Crane | Mobile Crane | 63486 | Liebherr | LTM 1100 4.1 | Axis Crane |
| 402 | Grove GMK5275 275-ton AT | 2008 | 275-ton All Terrain Crane | Mobile Crane | 52203056 / JW0922053O8WG12056 | Grove | GMK 5275 | Axis Crane |
| 404 | Zoomlion QUY260 290-ton Crawler | 2010 | 300-ton Crawler Crane | Crawler Crane | ZCC260-0088 | Zoomlion | QUY260 | Axis Crane |
| 405 | Liebherr LTM1225 300-ton AT | 1999 | 300-ton All Terrain Crane | Mobile Crane | 22884 | Liebherr | LTM 1225 | Axis Crane |
| 406 | Liebherr 1300/1 365-ton AT | 2000 | 365-ton All Terrain Crane | Mobile Crane | 71047 | Liebherr | LTM 1300/1 | Axis Crane |
| 502 | Liebherr LR1400/2 440-ton Crawler | 2008 | 440-ton Crawler Crane | Crawler Crane | 074348 / 1309264 | Liebherr | LR 1400/2 | Axis Crane |
| 601 | Terex SS-100048C RT Forklift | | 5K Forklift | Forklift | 13898 | Terex | SS-100048C RT | Axis Crane |
| 606 | Hyster 5000# Forklift | | Telehandler Forklift | Forklift | | Hyster | Wilt Personal Asset | Axis Crane |
| 642 | Caterpillar Forklift | 2005 | Telehandler Forklift | Forklift | CATH580CSLH00275 | Caterpillar | TH580B | Axis Crane |
| 643 | Caterpillar Forklift | 2006 | Telehandler Forklift | Forklift | CATTH580CSLH01063 | Caterpillar | TH580B | Axis Crane |
| 644 | Link-Belt Excavator | 2007 | Excavator - Large | Excavator | K7J60970 | Link Belt | 460 LX | Axis Crane |
| 648 | Carrydeck 8.5 Ton Crane | | 8.5-ton Carrydeck | Carrydeck | 15730297 | Shuttlelift | 3330 ELB | Axis Crane |
| 651 | Ingersollrand - Excavator | | Excavator - Mini | Excavator | 1XKDDB0X4YJ959748 | Ingersoll-Rand | ZX75 | Axis Crane |
| 711 | Kenworth T800 2000 Lowboy | 2000 | Heavy Haul | Truck | 1M1AA14Y5XW107883 | Kenworth | T-800 | Axis Crane |
| 714 | Mack CH613 Tractor | 1999 | Tractor | Truck | | Mack | CH613 | Axis Crane |
| 718 | Mack Tractor | 1997 | Tractor | Truck | 1M1AA13Y4VW074695 | Mack | CH613 | Axis Crane |

| # | Description | Year | Type | Sub | VIN | Make | Model | Location |
|---|---|---|---|---|---|---|---|---|
| 721 | Kenworth T800 4 Axle Tractor | 2001 | Heavy Haul | Truck | 1XKDDB9EX31R867921 | Kenworth | T-800 | Axis Crane |
| 722 | Peterbilt Tractor | 2000 | Tractor | Truck | 1XP5DB9X1YN513227 | Peterbilt | | Axis Crane |
| 724 | Kenworth T800 4 Axle Tractor | 1996 | Tractor | Truck | 1NKDL29X3TS729881 | Kenworth | T800 | Axis Crane |
| 725 | Kenworth T800 4 Axle Tractor | 1997 | Tractor | Truck | 1XKDD29X2VR737211 | Kenworth | T800 | Axis Crane |
| 726 | Kenworth T800 4 Axle Tractor | 1997 | Tractor | Truck | 1XKDD29X0VR737210 | Kenworth | T800 | Axis Crane |
| 727 | Kenworth T800 4 Axle Tractor | 1998 | Tractor | Truck | 1XKDD29X5WR770897 | Kenworth | T800 | Axis Crane |
| 728 | Kenworth W900 Tractor | 1995 | Tractor | Truck | 1XKWDB9X9SR648286 | Kenworth | W900 | Axis Crane |
| 729 | Peterbilt 378 Tractor | 1989 | Tractor | Truck | 1XPFDB9X9KD281736 | Peterbilt | 378 | Axis Crane |
| 730 | Peterbilt 378 Tractor | 1988 | Tractor | Truck | 1XPFD29X4JD258380 | Peterbilt | 378 | Axis Crane |
| 731 | Kenworth T800 Sleeper | 1995 | Tractor | Truck | 2XKDDB9X4SM656309 | Kenworth | T800 | Axis Crane |
| 732 | Kenworth Tractor | 1991 | Tractor | Truck | 1XKDDR9X1MJ561578 | Kenworth | | Axis Crane |
| 733 | Kenworth Tractor | 1988 | Tractor | Truck | 1XKDDB9X7JJ503252 | Kenworth | | Axis Crane |
| 734 | Peterbilt Tractor | 1997 | Tractor | Truck | 1XPCDR8XXVN407811 | Peterbilt | 378 | Axis Crane |
| 754 | Ashdown Flatbed Trailer | 1982 | Flatbed | Trailer | 1AN0240221C1008177 | Ashdown | | Axis Crane |
| 762 | Fontaine Stepdeck Trailer | 1988 | Stepdeck | Trailer | 24830-3-J1542980 | Fontaine | Stepdeck | Axis Crane |
| 763 | TrailKing Stepdeck Trailer | 1987 | Stepdeck | Trailer | 1TKS04820HM079429 | Trail King | Stepdeck | Axis Crane |
| 764 | Haulmark Enclosed Trailer | 2003 | Utility | Trailer | 16HPB162B3U034845 | Haulmark | Box | Axis Crane |
| 766 | Raven 3 Axle Flatbed | 1994 | Flatbed | Trailer | 1R1F04827RJ094309 | Raven | Flatbed | Axis Crane |
| 769 | Hyster Trailer | 1967 | Flatbed | Trailer | 13598 | Hyster | Flatbed | Axis Crane |
| 770 | Transcraft 6T/A Double Drop | 1976 | Double Drop | Trailer | TC9106 | Transcraft | 6TA | Axis Crane |
| 772 | Cozad Lowboy Trailer | 1986 | Lowboy | Trailer | 1C9U242G1157028 | Cozad | Lowboy | Axis Crane |
| 774 | Wilson Spread Flat | 1996 | Flatbed | Trailer | 4WWBH86B0TM600163 | Wilson | Spread Flat | Axis Crane |
| 775 | Wilson Spread Flat | 1996 | Flatbed | Trailer | 4WWBH86B6TM600197 | Wilson | Spread Flat | Axis Crane |
| 777 | Wilson Spread Flat | 1996 | Flatbed | Trailer | 4WWBH86B6TM600183 | Wilson | Spread Flat | Axis Crane |
| 778 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320362016494 | Transcraft | 53' Spread Flat | Axis Crane |
| 779 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320562016495 | Transcraft | 53' Spread Flat | Axis Crane |
| 780 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320762016496 | Transcraft | 53' Spread Flat | Axis Crane |
| 781 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320962016497 | Transcraft | 53' Spread Flat | Axis Crane |
| 782 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320062016498 | Transcraft | 53' Spread Flat | Axis Crane |
| 783 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320262016499 | Transcraft | 53' Spread Flat | Axis Crane |
| 784 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320562016500 | Transcraft | 53' Spread Flat | Axis Crane |
| 785 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320762016501 | Transcraft | 53' Spread Flat | Axis Crane |
| 786 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320962016502 | Transcraft | 53' Spread Flat | Axis Crane |
| 787 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320062016503 | Transcraft | 53' Spread Flat | Axis Crane |
| 788 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320262016504 | Transcraft | 53' Spread Flat | Axis Crane |
| 789 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320462016505 | Transcraft | 53' Spread Flat | Axis Crane |
| 790 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320462016519 | Transcraft | 53' Spread Flat | Axis Crane |
| 791 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320062016520 | Transcraft | 53' Spread Flat | Axis Crane |
| 792 | Transcraft 53' Spread Flat | 2006 | Flatbed | Trailer | 1TTF5320262016521 | Transcraft | 53' Spread Flat | Axis Crane |
| 794 | Flatbed trailer | 1982 | Flatbed | Trailer | 1AN0240221C1008177 | Ashland | Utility | Axis Crane |
| 795 | 48' Step Deck | 2005 | Stepdeck | Trailer | 1UYFS2248X5A566380 | Utility | Stepdeck | Axis Crane |
| 796 | Raven Flatbed Trailer | 1996 | Flatbed | Trailer | 1R1F245287K960616 | Raven | Flatbed | Axis Crane |
| 797 | Transcraft 48' Spreadflat | 1996 | Flatbed | Trailer | 1TTF45204T1051769 | Transcraft | Flatbed | Axis Crane |
| 798 | Utility Trailer - Projects | | Utility | Trailer | 1GMPF10203D034417 | Utility | Flatbed | Axis Crane |
| 799 | Red Utility Trailer | 1999 | Utility | Trailer | OR91038 | Utility | Flatbed | Axis Crane |
| 800 | Lode King 48' Stepdeck | 1998 | Stepdeck | Trailer | 2L05D4837W9029383 | Lode King | 48' Tridem Stpd | Axis Crane |
| 801 | Lode King 48' Stepdeck | 1998 | Stepdeck | Trailer | 2LD5D4833W9029798 | Lode King | Stepdeck | Axis Crane |
| 802 | Utility Trailer 13'x4' | 1988 | Utility | Trailer | | ASMBL | Utility | Axis Crane |
| 803 | Dorsey 45' Step Deck | 1972 | Roll Off | Trailer | 98447 | Dorsey | T/A Stepdeck | Axis Crane |
| 804 | Trailmobile 48'Spread Axl | 1997 | Flatbed | Trailer | 1PTF71TR5V9003713 | Trailmobile | Spread Axle Hiboy | Axis Crane |
| 805 | McCulloch Maft 45' Hiboy | 1988 | Flatbed | Trailer | 41BFS4520JM001067 | McColloch Maft | Hiboy | Axis Crane |
| 806 | Utility 45' Spread Hiboy | 1995 | Flatbed | Trailer | 1UYFS2456SA467721 | Utility | Hiboy | Axis Crane |
| 807 | Utility 45' Combo FB | 2006 | Flatbed | Trailer | 1UYFS24806A719303 | Maxey | Hiboy | Axis Crane |
| 808 | Maxey 48' Hiboy | 1987 | Flatbed | Trailer | MMSHX4864H1WB2309 | Maxey | Hiboy | Axis Crane |
| 809 | Trail Mobile | | Flatbed | Trailer | | Trail Mobile | Flatbed | Axis Crane |
| 810 | Asmbl Trailer | 1988 | Utility | Trailer | OR40890 | ASMBL | Utility | Axis Crane |
| 811 | Aspen Lowboy | 2013 | Lowboy | Trailer | 2A9LB7537DN1252955 | Aspen | HG7S-3 | Axis Crane |
| 812 | Doonan 53' Stepdeck | 2005 | Stepdeck | Trailer | 1D9BG5327512082289 | Doonan | Stepdeck | Axis Crane |
| 813 | Wabash 48' Stepdeck | 1999 | Stepdeck | Trailer | 1JJF482W3XL529022 | WABASH | Stepdeck | Axis Crane |
| 814 | Wilson 48' Stepdeck | 1996 | Stepdeck | Trailer | 1W1FPA6B0TA222353 | Wilson | Stepdeck | Axis Crane |

Exhibit 2
Case 19-61549-pcm7    Doc 129    Filed 08/13/21    Page 9 of 11

| # | Description | Year | Type | Category | VIN/Serial | Make | Model | Owner |
|---|---|---|---|---|---|---|---|---|
| 815 | Fontaine 48' Stepdeck | 2005 | Stepdeck | Trailer | 13N24830851528230 | Fontaine | Stepdeck | Axis Crane |
| 816 | Wilson 53' Stepdeck | 1998 | Stepdeck | Trailer | 1W1FGB006WF309727 | Wilson | Stepdeck | Axis Crane |
| 817 | Transcraft 53' Stepdeck | 2005 | Stepdeck | Trailer | 1TTE5320451077806 | Transcraft | Stepdeck | Axis Crane |
| 818 | Kalyn 48' Stepdeck | 1999 | Stepdeck | Trailer | 2A9SPF9E2XT053716 | Kalyn | Stepdeck | Axis Crane |
| 819 | Trailmobile 53' 4 Axle Flat | 1995 | Flatbed | Trailer | 1PTF81TR4S9001833 | Trailmobile | Flatbed | Axis Crane |
| 820 | Wetern Ind 53' 4 Axle Flat | 1998 | Flatbed | Trailer | 1C917U804W0112329 | Western Ind | Flatbed | Axis Crane |
| 821 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532731070018 | Reinke | Flatbed | Axis Crane |
| 822 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532731070021 | Reinke | Flatbed | Axis Crane |
| 823 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532831070027 | Reinke | Flatbed | Axis Crane |
| 824 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532883070030 | Reinke | Flatbed | Axis Crane |
| 825 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532X31070031 | Reinke | Flatbed | Axis Crane |
| 826 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532531070034 | Reinke | Flatbed | Axis Crane |
| 827 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532231080035 | Reinke | Flatbed | Axis Crane |
| 828 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532631080040 | Reinke | Flatbed | Axis Crane |
| 829 | Reinke 53' 2 axle Flatbed | 2003 | Flatbed | Trailer | 4C6FA532831080041 | Reinke | Flatbed | Axis Crane |
| 830 | Western Ind 48' Flat | 1997 | Flatbed | Trailer | 1C917T30XV0112360 | Western Ind | Flatbed | Axis Crane |
| 831 | Trail King 2 Axle Stepdeck | 2000 | Roll Off | Trailer | 1TKA04827YB100235 | Trailer King | Stepdeck | Axis Crane |
| 832 | Western Ind 4 Axle 53' Flatbed | 1999 | Flatbed | Trailer | 1C9115347X0112196 | Western Ind | Flatbed | Axis Crane |
| 833 | Western 53' 4 Axle Flat | 1995 | Flatbed | Trailer | 1C917U800S0112466 | Western Ind | Flatbed | Axis Crane |
| 834 | Big Tex 14LX-14 | 2019 | Utility | Trailer | 16VDX1420K4048449 | Big Tex | 14LX-14 w/4' sides | Axis Crane |
| H21 | APE D1942H Diesel Pile Hammer | 2003 | Pile Hammer - Diesel | Pile Hammer - Diesel | | APE | D1942 | Axis Crane |
| H23 | Down Hole Hammer | 2012 | Pile Hammer - Hydraulic | Pile Hammer - Hydraulic | | OCI | Hyper 181 | Axis Crane |
| H24 | Delmag D8-22 Diesel Pile Hammer | | Pile Hammer - Diesel | Pile Hammer - Diesel | | Delmag | D8-22 | Axis Crane |
| H51 | #H51 ICE 416L VibroHammer | 1993 | Pile Hammer - Hydraulic | Pile Hammer - Hydraulic | 180880 | ICE | 416L | Axis Crane |
| H52 | MKT V17 Vibro Hammer | | Pile Hammer - Hydraulic | Pile Hammer - Hydraulic | | MKT | V17 | Axis Crane |
| H53 | APE 50B Vibro Hammer/Power Pk | | Pile Hammer - Hydraulic | Pile Hammer - Hydraulic | V304/P891/A3661 | APE | 50B | Axis Crane |
| H54 | APE50 Drill-Auger Drive | | Pile Hammer - Hydraulic | Pile Hammer - Hydraulic | 182901 | APE | 50 | Axis Crane |
| 2021 | GMC T7500 Liftgate Van | 1999 | Gate Truck | Truck | 1GDM7C1C9XJ500049 | GMC | T7500 | Metro Machinery Rigging Inc |
| 2027 | Ford Liftgate Van | 1993 | Gate Truck | Truck | 1FDXH81A6PVA14779 | Ford | CF8000 | Metro Machinery Rigging Inc |
| 2112 | Ford XL Super Duty Pickup | 2008 | Rigging Truck | Truck | 1FDAF56R88EA85198 | Ford | F-550 | Metro Machinery Rigging Inc |
| 2132 | Crew Cab Service Truck | 2002 | Rigging Truck | Truck | JALE5J14X27900766 | Isuzu | NQR | Metro Machinery Rigging Inc |
| 2143 | Nissan Titan LE | 2011 | Pickup | Truck | 1N6AA0EC8BN321517 | Nissan | Titan | Metro Machinery Rigging Inc |
| 2152 | Ford F-150 | 2015 | Pickup | Truck | 1FTEX1CPXFKD98346 | Ford | F-150 | Metro Machinery Rigging Inc |
| 2153 | Chevrolet Colorado | 2015 | Pickup | Truck | 1GCGTCE32F1199193 | Chevrolet | Colorado | Metro Machinery Rigging Inc |
| 2154 | Toyota Tundra | 2017 | Pickup | Truck | 5TFUM5F17HX071010 | Toyota | Tundra 8339A | Metro Machinery Rigging Inc |
| 2155 | Ford F-550 Flatbed | 2008 | Rigging Truck | Truck | 1FDAW56Y88EA02747 | Ford | F-550 | Metro Machinery Rigging Inc |
| 2156 | Ford XLT Super Duty | 2011 | Rigging Truck | Truck | 1FT8W3B66BEC94384 | Ford | F-350 Crew | Metro Machinery Rigging Inc |
| 2157 | Toyota Tundra | 2016 | Pickup | Truck | 5TFUM5F11GX064374 | Toyota | Tundra | Metro Machinery Rigging Inc |
| 2158 | Dodge 2500 | 2013 | Rigging Truck | Truck | 3C6TR4HT2DG587383 | Dodge | 2500 | Metro Machinery Rigging Inc |
| 2159 | Dodge Ram 3500 Flatbed | 2015 | Rigging Truck | Truck | 3C63RPGJ8FG678890 | Dodge | 3500 | Metro Machinery Rigging Inc |
| 2160 | Dodge 5500 Crew Truck | 2016 | Rigging Truck | Truck | 3C7WRMFL9GG114113 | Dodge | 5500 Crew | Metro Machinery Rigging Inc |
| 2161 | Toyota RAV4 | 2017 | Pickup | Truck | JTMRFREV9HJ701351 | Toyota | RAV4 | Metro Machinery Rigging Inc |
| 2162 | Toyota Tundra 4 x 4 | 2018 | Pickup | Truck | 5TFBY5F14JX678421 | Toyota | Tundra | Metro Machinery Rigging Inc |
| 2167 | Toyota Tundra 4 x 4 | 2018 | Pickup | Truck | 5TFUM5F10JX077947 | Toyota | Tundra | Metro Machinery Rigging Inc |
| 2168 | Toyota Tundra 4 x 4 | 2018 | Pickup | Truck | 5TFUM5F19JX077154 | Toyota | Tundra | Metro Machinery Rigging Inc |
| 2169 | Toyota Tundra 4 x 4 | 2019 | Pickup | Truck | 5TFUM5F10KX080235 | Toyota | Tundra | Metro Machinery Rigging Inc |
| 2170 | Toyota Tundra 4 x 4 | 2018 | Pickup | Truck | 5TFUM5F12JX078646 | Toyota | Tundra | Metro Machinery Rigging Inc |
| 2171 | Toyota Tundra 4 x 4 | 2019 | Pickup | Truck | 5TFUM5F13KX080181 | Toyota | Tundra | Metro Machinery Rigging Inc |
| 2225 | Freightliner Tractor | 1996 | Tractor | Truck | 1FUYDSEB3TH834968 | Freightliner | FLD 120 | Metro Machinery Rigging Inc |
| 2231 | International 9100 Tractor | 2000 | Tractor | Truck | 1HSCBAER9YJ075605 | International | 9100 | Metro Machinery Rigging Inc |
| 2232 | International 9100 Tractor | 2000 | Tractor | Truck | 1HSCBAER0YJ075606 | International | 9100 | Metro Machinery Rigging Inc |
| 2233 | Peterbilt Tractor | 1996 | Heavy Haul | Truck | 1XPFDBOX8TD372771 | Peterbilt | 378 | Metro Machinery Rigging Inc |
| 2234 | Kenworth/National 14-ton Boom Truck | 2000 | 14-ton Boom Truck | Mobile Crane | 1NKWXOTX9YS362274 | Kenworth / National | W900B / 656B | Metro Machinery Rigging Inc |
| 2235 | Freightliner Tractor | 2005 | Tractor | Truck | 1FUJA6CKX5PU66513 | Freightliner | Columbia | Metro Machinery Rigging Inc |
| 2236 | Freightliner Tractor | 2005 | Tractor | Truck | 1FUJA6CK15PU66514 | Freightliner | Columbia | Metro Machinery Rigging Inc |
| 2237 | Freightliner Tractor | 2006 | Heavy Haul | Truck | 1FUNA6CK26PWS8711 | Freightliner | Columbia | Metro Machinery Rigging Inc |
| 2238 | Freightliner Tractor | 2007 | Tractor | Truck | 1FUUA6CK77LY28307 | Freightliner | Columbia | Metro Machinery Rigging Inc |
| 2302 | Peerless Drop Deck Trailer | 1956 | Stepdeck | Trailer | 56946 | Peerless | 26' T/A | Metro Machinery Rigging Inc |
| 2309 | 45' Tandem Axle Flatbed | 1977 | Flatbed | Trailer | S50301 | Trailmobile | 45' | Metro Machinery Rigging Inc |
| 2313 | 30' Flatbed Trailer | 1981 | Flatbed | Trailer | OR38954 | Fontaine | 30' | Metro Machinery Rigging Inc |

| # | Description | Year | Type | Model | VIN/Serial | Make | Owner |
|---|---|---|---|---|---|---|---|
| 2314 | 40' tandem axle trailer | 1978 | Flatbed | 40' | M19564 | Great Dane | Metro Machinery Rigging Inc |
| 2319 | Trailmax Model FWTD-60-PR | 1990 | Roll Off | FWTD-60-PR | 065051 | Trail Max | Metro Machinery Rigging Inc |
| 2320 | Utility 48' Curtain Van | 1987 | Specialty | 48' | 38505 | Utility | Metro Machinery Rigging Inc |
| 2321 | Aspen 50T Low Boy | 1996 | Double Drop | 50 Ton | 2A9LB5036TS037043 | Aspen | Metro Machinery Rigging Inc |
| 2322 | Utility Curtain Van | 1993 | Specialty | 48' | 1UYTS245P6PC903501 | Utility | Metro Machinery Rigging Inc |
| 2323 | 48' Lowboy Trailer | 1997 | Roll Off | F570HTA | 4LE3Y48Z0V3505521 | Fontaine | Metro Machinery Rigging Inc |
| 2324 | Trailmax 38-Ton Tilt Deck Trailer | 1999 | Roll Off | 38 Ton Tilt | 1G9KS4038X4065158 | Trail Max | Metro Machinery Rigging Inc |
| 2326 | Dorsey 45' S/D DDGTWT76 | 1988 | Stepdeck | DDGTW-76 | 1DTP36VZ11A183106 | Dorsey | Metro Machinery Rigging Inc |
| 2327 | Fontain 48? S/D DFT-3-8048AW | 1987 | Stepdeck | DFT-3-8048 | 13N24820XH1541924 | Fontaine | Metro Machinery Rigging Inc |
| 2328 | Utility 48' Curtain Van | 1993 | Specialty | 48' | 1H2P04827PW019767 | Fruehauf | Metro Machinery Rigging Inc |
| 2331 | 24' Curtainside Van Trailer | 1975 | Specialty | 24' S/A | P74024 | Brown | Metro Machinery Rigging Inc |
| 2332 | XL HDG50 Lowboy | 2005 | Double Drop | XL 50HDG | 4U3J052335L004970 | XL Specialized | Metro Machinery Rigging Inc |
| 2333 | 48' Gooseneck Drop Deck Trailer | 2002 | Roll Off | TE70HT | 1DA72C07Z2C016161 | Trail-Eze | Metro Machinery Rigging Inc |
| 2334 | 53' Van Trailer | 1991 | Specialty | 53' | 1PT02AAHOM9006029 | Trailmobile | Metro Machinery Rigging Inc |
| 2335 | 48' Traveling Tail Drop Deck Trailer | 2008 | Roll Off | 930C | 1LH930UH481C16441 | Landoll | Metro Machinery Rigging Inc |
| 2336 | 45' Drop Deck Trailer | 1999 | Roll Off | 4480FT | 1W1AHK2BOXK229306 | Wilson Trailer | Metro Machinery Rigging Inc |
| 2337 | 45' Drop Deck Trailer | 2001 | Stepdeck | 45' Drop Deck | 1GRDM962611M04770I | Great Dane | Metro Machinery Rigging Inc |
| 2338 | 48' Trailer | 1996 | Specialty | 48' | 1W1F6B6BXTB222036 | Wilson Trailer | Metro Machinery Rigging Inc |
| 2339 | Trail-Eze TE80HTDD | 2007 | Roll Off | TE80HTDD | 1DA73D0667C019016 | Trail-Eze | Metro Machinery Rigging Inc |
| 2340 | 250 ton lowboy trailer | 1982 | Specialty | | 5945 | Talbert 10 axle | Metro Machinery Rigging Inc |
| 2414 | Yale 30K Forklift | 1980 | 30K Forklift | GDP300 | 297103 | Yale | Metro Machinery Rigging Inc |
| 2415 | Clark 8K Forklift | 1984 | 8K Forklift | EC500-80 | E68500001-4750 | Clark | Metro Machinery Rigging Inc |
| 2422 | Cat 5K Forklift | 1987 | 5K Forklift | T50 | 12N02714 | Caterpillar | Metro Machinery Rigging Inc |
| 2423 | Clark 8K Forklift | 1994 | 8K Forklift | C500-Y580 | 05059215 | Clark | Metro Machinery Rigging Inc |
| 2424 | Clark 10K Forklift | 1996 | 10K Forklift | GPX50 | 0053-9509 | Clark | Metro Machinery Rigging Inc |
| 2426 | Rigger Lift 120K Forklift | 2001 | Rigger Lift | R120 | 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 | Rigger Lift | Metro Machinery Rigging Inc |
| 2427 | Nissan 15K Forklift | 1995 | 15K Forklift | P15SY | BF05A70V-1139 | Nissan | Metro Machinery Rigging Inc |
| 2428 | Nissan 15K Forklift | 1996 | 15K Forklift | P15SY | BF05A70V-001259 | Nissan | Metro Machinery Rigging Inc |
| 2430 | Hyster 15K Forklift | 1976 | 15K Forklift | S150A | AD24D03306W | Hyster | Metro Machinery Rigging Inc |
| 2432 | Hyster 15.5K Forklift | 1996 | 15K Forklift | S155XL | B024003662S | Hyster | Metro Machinery Rigging Inc |
| 2433 | Hyster 5K Forklift | 1996 | 5K Forklift | S50XL | D187V10096V | Hyster | Metro Machinery Rigging Inc |
| 2435 | Hyster 12K Forklift | 2001 | 12K Forklift | S120XL | D004D11016Y | Hyster | Metro Machinery Rigging Inc |
| 2436 | Doosan 20K Forklift | 2012 | 20K Forklift | D90S-5 | FDB0E-1270-01057 | Doosan | Metro Machinery Rigging Inc |
| 2437 | Daewoo 5K Forklift | 1998 | 5K Forklift | GC25S | 06-05574 | Daewoo | Metro Machinery Rigging Inc |
| 2438 | Hyster 15K Forklift | 2005 | 15K Forklift | S155XL | C034V02393C | Hyster | Metro Machinery Rigging Inc |
| 2439 | Taylor 30K Forklift | 2002 | 30K Forklift | T-300M | 30418 | Taylor | Metro Machinery Rigging Inc |
| 2509 | Jack & Slide System | 2018 | Miscellaneous | | | | Metro Machinery Rigging Inc |
| 2510 | 250 ton gantry system | 1996 | 250-ton 4 Post Gantry | 500-4-30 | | J&R | Metro Machinery Rigging Inc |
| 2511 | 2 Ton Aluminum Gantry System | 1995 | 125-ton 2 Post Gantry | A4T12-A10 | | Wallace | Metro Machinery Rigging Inc |
| 2513 | 5 Ton Steel Gantry Model | 1998 | Gantry | 5T19-29 | | Wallace | Metro Machinery Rigging Inc |
| 2518 | Interstate 24' Gear Trailer | 2011 | 5-ton Gantry | ILRDCC24TA3 | 4RACS24Z9BN078939 | Interstate | Metro Machinery Rigging Inc |
| 2519 | Wells Cargo Gear Trailer | 2012 | Utility | 20' | 1WC200J25C40S0592 | Wells Cargo | Metro Machinery Rigging Inc |
| 2521 | Wells Cargo Gear Trailer | 2014 | Utility | EW2025W | 57S200J20EU262142 | Wells Cargo | Metro Machinery Rigging Inc |
| 2522 | Wells Cargo Gear Trailer | 2015 | Utility | EW2025W | 57S200J27FU288349 | Wells Cargo | Metro Machinery Rigging Inc |
| 2606 | Linkbelt HTC 8675 | 2017 | Mobile Crane | HTC 8675 | 1F9P9K757HL028666 | Linkbelt | Metro Machinery Rigging Inc |
| 2607 | Tri-Lifter 75-ton | 2013 | 75-ton Tri-Lifter | TL150BW | 70043 | Tri-Lifter | Metro Machinery Rigging Inc |
| Misc | All associated hoisting attachments, rigging, manbaskets, spreaderbars, tools and other required devices to perform crane rental or rigging services including computer hardware, office furniture and conference room space. | | | | | | |